# 05-40097 MLW

## IN FORMA PAUPERIS DECLARATION

US <u>District Court, District of Massachusetts</u>
[Insert appropriate court]

<u>Frank Barbaro</u>
(Petitioner)
v.
<u>United State of America</u>, et al
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I <u>Frank Barbaro</u> declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   <u>APPROX 1995</u>

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on <u>6/8/05</u> (date).

_____
Signature of Petitioner

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 48264053 | Current Institution: | Devens FMC |
| --- | --- | --- | --- |
| Inmate Name: | BARBARO, FRANK | Housing Unit: | JCC |
| Report Date: | 09/10/2004 | Living Quarters: | J04-005L |
| Report Time: | 3:13:58 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DEV | 9/9/2004 11:57:29 AM | 31 | | | Sales | ($19.50) | | $59.52 |
| DEV | 9/7/2004 11:17:50 PM | ITS0907 | | | ITS Withdrawal | ($21.00) | | $79.02 |
| DEV | 9/2/2004 8:29:08 PM | ITS0902 | | | ITS Withdrawal | ($9.00) | | $100.02 |
| DEV | 9/2/2004 1:48:30 PM | 21163 | | 1088602 | Local Collections | $100.00 | | $109.02 |
| DEV | 9/2/2004 11:52:21 AM | 25 | | | Sales | ($20.55) | | $9.02 |
| DEV | 8/26/2004 11:29:10 AM | 17 | | | Sales | ($20.55) | | $29.57 |
| DEV | 8/20/2004 5:04:36 PM | ITS0820 | | | ITS Withdrawal | ($13.00) | | $50.12 |
| DEV | 8/19/2004 11:41:14 AM | 19 | | | Sales | ($37.55) | | $63.12 |
| DEV | 8/13/2004 4:47:30 PM | ITS0813 | | | ITS Withdrawal | ($10.00) | | $100.67 |
| DEV | 8/13/2004 4:45:49 PM | ITS0813 | | | ITS Withdrawal | ($10.00) | | $110.67 |
| DEV | 8/11/2004 9:33:43 PM | ITS0811 | | | ITS Withdrawal | ($20.00) | | $120.67 |
| DEV | 8/5/2004 10:20:48 PM | ITS0805 | | | ITS Withdrawal | ($7.00) | | $140.67 |
| DEV | 8/5/2004 1:56:18 PM | 19613 | | 1089854 | Local Collections | $100.00 | | $147.67 |
| DEV | 8/5/2004 11:49:53 AM | 22 | | | Sales | ($22.60) | | $47.67 |
| DEV | 7/30/2004 7:19:21 PM | ITS0730 | | | ITS Withdrawal | ($10.00) | | $70.27 |
| DEV | 7/28/2004 6:30:03 PM | ITS0728 | | | ITS Withdrawal | ($12.00) | | $80.27 |
| DEV | 7/22/2004 12:09:45 PM | 36 | | | Sales | ($10.40) | | $92.27 |
| DEV | 7/18/2004 10:47:29 PM | ITS0718 | | | ITS Withdrawal | ($10.00) | | $102.67 |
| DEV | 7/15/2004 11:34:16 AM | 19 | | | Sales | ($12.90) | | $112.67 |
| DEV | 7/14/2004 7:36:45 PM | ITS0714 | | | ITS Withdrawal | ($10.00) | | $125.57 |
| DEV | 7/8/2004 4:32:57 PM | ITS0708 | | | ITS Withdrawal | ($15.00) | | $135.57 |
| DEV | 7/6/2004 2:27:57 PM | 17857 | | 1079627 | Local Collections | $100.00 | | $150.57 |
| DEV | 7/1/2004 5:50:51 PM | ITS0701 | | | ITS Withdrawal | ($14.00) | | $50.57 |
| DEV | 6/25/2004 7:30:39 PM | ITS0625 | | | ITS Withdrawal | ($6.00) | | $64.57 |
| DEV | 6/22/2004 7:24:21 PM | ITS0622 | | | ITS Withdrawal | ($16.00) | | $70.57 |
| DEV | 6/18/2004 11:06:39 PM | ITS0618 | | | ITS Withdrawal | ($15.00) | | $86.57 |
| DEV | 6/15/2004 2:03:59 PM | 4JV125 | | | Photo Copies | ($8.50) | | $101.57 |
| DEV | 6/7/2004 10:12:32 PM | ITS0607 | | | ITS Withdrawal | ($18.00) | | $110.07 |
| DEV | 6/7/2004 2:39:54 PM | 16096 | | 1079604 | Local Collections | $100.00 | | $128.07 |
| DEV | 6/1/2004 12:01:10 PM | 33 | | | Sales | ($12.85) | | $28.07 |
| DEV | 5/25/2004 6:32:25 PM | ITS0525 | | | ITS Withdrawal | ($13.00) | | $40.92 |
| DEV | 5/24/2004 11:45:10 AM | 22 | | | Sales | ($17.75) | | $53.92 |
| DEV | 5/19/2004 4:34:21 PM | ITS0519 | | | ITS Withdrawal | ($10.00) | | $71.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 5/15/2004 9:37:36 AM | ITS0515 | | ITS Withdrawal | ($10.00) | $81.67 |
| DEV | 5/14/2004 11:55:40 AM | 39 | | Sales | ($42.90) | $91.67 |
| DEV | 5/10/2004 11:53:16 AM | 28 | | Sales | ($25.65) | $134.57 |
| DEV | 5/9/2004 10:40:09 PM | ITS0509 | | ITS Withdrawal | ($13.00) | $160.22 |
| DEV | 5/6/2004 2:15:32 PM | 14184 | 1079573 | Local Collections | $100.00 | $173.22 |
| DEV | 5/3/2004 6:15:02 PM | 114 | | Sales | ($27.75) | $73.22 |
| DEV | 5/3/2004 4:43:22 PM | ITS0503 | | ITS Withdrawal | ($14.00) | $100.97 |
| DEV | 5/3/2004 2:30:39 PM | 13882 | 1088595 | Local Collections | $100.00 | $114.97 |
| DEV | 4/26/2004 11:47:36 AM | 15 | | Sales | ($13.75) | $14.97 |
| DEV | 4/23/2004 11:29:49 AM | 22 | | Sales | ($10.25) | $28.72 |
| DEV | 4/19/2004 11:12:01 AM | 2 | | Sales | ($27.70) | $38.97 |
| DEV | 4/14/2004 6:06:35 PM | ITS0414 | | ITS Withdrawal | ($2.00) | $66.67 |
| DEV | 4/12/2004 9:05:07 PM | ITS0412 | | ITS Withdrawal | ($12.00) | $68.67 |
| DEV | 4/9/2004 5:53:04 PM | ITS0409 | | ITS Withdrawal | ($10.00) | $80.67 |
| DEV | 4/6/2004 8:03:07 PM | ITS0406 | | ITS Withdrawal | ($8.00) | $90.67 |
| DEV | 4/5/2004 6:50:07 PM | 123 | | Sales | ($41.35) | $98.67 |
| DEV | 4/5/2004 4:30:46 PM | ITS0405 | | ITS Withdrawal | ($10.00) | $140.02 |

1 2

**Total Transactions: 98**                                                                 Totals:     $59.52        $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $59.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59.52 |
| **Totals:** | **$59.52** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$59.52** |

http://140.1.9.16/InmateStatementCombined.aspx                                                          9/10/2004