FRANK BARBARO
ID# 48264-053
FMC DEVENS, BOX 879
AYER, MA   01432

PRO-SE PLAINTIFF

                              US DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO, <br> PRO-SE PLAINTIFF | DOCKET NO.: |
| vs | JUDGE: |
| UNITED STATES OF AMERICA ON BEHALF OF THE FEDERAL BUREAU OF PRISONS(FMC DEVENS) <br> AND <br> INDIVIDUALLY NAMED PRISON OFFICIALS; DR BHATTI, MLP KILDUFF AND UNIT MGR MRS FERNANDEZ, <br> DEFENDANTS | MOTION <br><br> 05-40097 MLW |

MOTION BY THE PRO-SE PLAINTIFF REQUESTING THE COURT TO ORDER THE
US MARSHALL TO SERVE THE ENCLOSED SUMMONS & COMPLAINT AND MOTION
UPON THE US ATTORNEY GENERAL AND THE US ATTORNEY
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED MOTION & DECLARATION REQUESTING THE COURT TO ORDER THE SERVICE UPON THE DEFENDANTS UNDER RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE

## DECLARATION & AFFIRMATION

Frank Barbaro Pro-Se Plaintiff, hereinafter **Plaintiff**, declares and affirms under penalty of perjury, that the Instant Motion is true.

1. Respectfully, the Pro-Se Plaintiff is requesting the COurt to issue an Order for the US Marshalls to Serve the US Attorney General and the US Attorney for the District of Massachusetts, under a Waiver of Service pursuant to Rule 4 of the Federal Rules of Civil Procedure.

2. The Defendants are required by Law, upon the request of the US MArshalls, to provide a Waiver of Service. The Waiver of Service must be issued to the US Marshalls by the US Attorney General, along with the US Attorney for the District of Massachusetts. The enclosed Summons & Complaint and Motion should be Served on the forgoing, under the Court's Order.

## CONCLUSION

Based on all of the Papers filed in the Action, the Pro-Se Plaintiff is respectfully requesting the Honorable Court to Order the US Marshall to Serve the Instant Summons & Complaint with the attached Motion on the US Attorney General with the US Attorney for the District of Massachusetts, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Dated: 6/8/05   By: _____
                        Frank Barbaro
                        Pro-Se Plaintiff