FRANK BARBARO
ID# 48264-053
FMC DEVENS, BOX 879
AYER, MA  01432

<u>PRO-SE PLAINTIFF</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO, <br> PRO-SE PLAINTIFF <br><br> vs <br><br> UNITED STATES OF AMERICA, ET AL, <br> DEFENDANTS | C.A. NO.: 05-40097 MLW <br><br> JUDGE WOLF <br><br> <u>MOTION</u> |

<u>MOTION BY THE PRO-SE PLAINTIFF REQUESTING THE COURT TO ORDER THE</u>

<u>DEFENDANT TO PRODUCE THE PLAINTIFF'S SIX MONTH PRISON ACCOUNT</u>

<u>STATEMENT, THAT THE DEFENDANT HAS REFUSED TO PRODUCE FOR THE</u>

<u>PLAINTIFF UNDER THE COURT'S OCTOBER 13, 2005 ORDER</u>

**CONSOLIDATED DECLARATION & MOTION REQUESTING THE COURT TO ORDER THE DEFENDANT TO PRODUCE THE PLAINTIFF'S SIX MONTH PRISON ACCOUNT STATEMENT THAT THE DEFENDANT HAS REFUSED TO PRODUCE UNDER THE COURT OCTOBER 13, 2005 ORDER**

### DECLARATION & AFFIRMATION

Frank Barbaro Pro-Se Plaintiff hereinafter, **Plaintiff**, Declares and Affirms, under Penalty of Perjury, that the Instant filing is true.

**THE PLAINTIFF REQUESTED FMC DEVENS PRISON COUNSELOR, MR QUILES, TO PRODUCE THE PLAINTIFF'S SIX MONTH PRISON ACCOUNT STATEMENT UNDER THE COURT'S OCTOBER 13, 2005 ORDER**

1. Respectfully, on or about October 19, 2005, the Plaintiff met with his assigned FMC Devens Prison Counselor, Mr Quiles, at the JB Unit Prison Official's Office. At that meeting the Plaintiff explained the Court's 10/13/05 Order, and presented Mr Quiles with the Actual Order. Mr Quiles then said that he was unable to Comply with the Court's Order, and that he recommended that the Plaintiff attempt to ask the FMC Devens Prison Business Office to Produce the Plaintiff's Six Month Prison Account Statement.

**THE REFUSAL BY MR QUILES TO PRODUCE THE PLAINTIFF'S COURT ORDERED SIX MONTH PRISON ACCOUNT STATEMENT IS WRONGFUL WHEREBY, THE PLAINTIFF IS REQUESTING THE COURT TO ORDER THE DEFENDANT TO PRODUCE THE PLAINTIFF'S SIX MONTH PRISON ACCOUNT STATEMENT**

2. The Plaintiff alleges that the customary Prison Policy requires Counselor Quiles to respond to the Plaintiff's request to

(1)

Produce the Plaintiff's Six Month Prison Account Statement. The Plaintiff further alleges that Mr Quiles refused to contact and/or communicate with the FMC Devens Business Office directly in order to Produce the Court Ordered Six Month Prison Account Statement. Mr Quiles told the Plaintiff to send a Memo to the Business Office wherein, that direction is outside the communication standard between an Inmate, and the Business Office. The Plaintiff's Prison Account Statement, see **EXHIBIT #2** attached hereto, is the only document that the Defendant said would be Produced under the Court's October 13, 2005 Order. The Plaintiff's attached Memo to the Business Office follows the Court's Directions under the October 13, 2005 Order wherein, the Defendant has made the Court's Specific Requirements for the Plaintiff's Prison Account Statement Unavailable to the Plaintiff in Breach of the Court's October 13, 2005 Order.

3.   The FMC Devens Prison Infrastructure requires Mr Quiles, and not the Plaintiff, to interact with the Business office in order to Produce the Plaintiff's Six Month Prison Account Statement, that was Ordered by the Court on October 13, 2005.

**THE PLAINTIFF'S REQUEST FOR THE COURT TO ORDER THE DEFENDANT TO PRODUCE THE PLAINTIFF'S SIX MONTH PRISON ACCOUNT STATEMENT**

4.   Respectfully, the Plaintiff is requesting the Honorable Court to Order the Defendant to Produce the Plaintiff's Six Month Prison Account Statement. The Court's October 13, 2005 Order places the Burden upon the Plaintiff to file his Six Month Prison Account Statement, that has now become Unavailable based upon the Defendant's actions.

5.   The Defendant is acting to make the Plaintiff's Six Month Prison Account Statement Unavailable. The Defendant's actions, by making the Plaintiff's Six Month Prison Account Statement Unavailable, will now Prejudice the Plaintiff's Right to Comply with the Court's Pending October 13, 2005 Order.

(2)

**THE PLAINTIFF HAD REQUESTED THE DEFENDANT, BY THE US ATTORNEY SULLIVAN, TO COMPLY WITH THE OCTOBER 13, 2005 ORDER**

6.   On 10/18/05 the Plaintiff sent a letter to US Attorney Sullivan requesting him to Comply with the October 13, 2005 Order by instructing the FMC Devens Prison Officials to supply the Plaintiff with his Six Month Prison Account Statement in accordance with the October 13, 2005 Order, see **EXHIBIT #1** Plaintiff's 10/18/05 letter to US Attorney Sullivan attached hereto.

7.   The Plaintiff claims that the FMC Devens Prison Officials have refused to provide the Plaintiff with his Six Month Prison Account Statement, in disregard of the Court's October 13. 2005 Order.

### CONCLUSION

Based on all the Papers filed in the Instant Complaint, the Plaintiff respectfully requests the Honorable Court to Order the Defendant to Produce the Plaintiff's Six Month Prison Account Statement on accordance with the Court's October 13, 2005 Order.

Respectfully Submitted,

Dated: 10/26/05   By: _____
                        Frank Barbaro
                        Pro-Se Plaintiff

**EXHIBIT #1**

```
                    Frank Barbaro 48264-053
                    FMC Devens, Box 879
                    Ayer, MA 01432
                    Pro-Se Plaintiff
```

10/18/05

US Attorney Sullivan
1 Courthouse Way, ste 9200
Boston, MA 02210

RE: <u>BARBARO v UNITED STATES, ET AL</u>
    <u>CA NO.: 05-40097-MLW</u>

Mr Sullivan,

   The enclosed Order dated October, 13, 2005 by Judge Wolf, requires the FMC Devens Prison Warden and/or Treasurer to provide the Plaintiff with a certified copy of his Prison Commissary Account, at page 5, II of the Order.
   The Plaintiff is requesting the US Attorney to inform the Prison Officials that they must Comply with the above Order by providing me with a certified copy of my Prison Commissary Account.

                            Thank You,


                            Frank Barbaro

**EXHIBIT #2**

BP-S148.055   **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Bus Office | DATE: 10/19/05 |
|---|---|
| FROM: BARBARO, FRANK | REGISTER NO.: 48264-053 |
| WORK ASSIGNMENT: | UNIT: JB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

PURSUANT TO THE 10/13/05 COURT ORDER, PLEASE PROVIDE ME WITH A "CERTIFIED COPY" OF MY PRISON ACCOUNT STATEMENT. THE STATEMENT SHALL INCLUDE BALANCE INFORMATION FOR THE SIX (6) MONTHS PRECEEDING JUNE 17, 2005, AND SPECIFICALLY INCLUDE:
① THE AVERAGE MONTHLY DEPOSITS TO MY ACCOUNT FOR THAT 6 MONTH PERIOD IMMEDIATELY PRECEDING 6/17/05.
② THE AVERAGE MONTHLY BALANCE IN MY ACCOUNT FOR THAT 6 MONTH PERIOD IMMEDIATELY PRECEDING 6/17/05
THANK YOU.

(Do not write below this line)

DISPOSITION:
DOCUMENTATION FROM US DISTRICT CRT., S.N.Y. WAS RECEIVED THIS MORNING AUTHORIZING A PAYMENT PLAN TO PAY THE FILING FEE INCURRED FOR NO. 05 CIV. 6998 DLC.
ATTACHED IS A 6 MOS STATEMENT TO SUBMIT FOR C.A. NO. 05-40097-MLW REGARDING US DISTRICT CRT, DIST. OF MA.

Signature Staff Member   /s/ Sullivan        Date  10/21/05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

Date: 10/21/2005
Time: 9:36:40 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 03/01/2005
End Date: 10/21/2005
Inmate Reg#: 48264053
Account Status: All
Institution: All

Facility: DEV

**\*\*THE DEFENDANT WILL ONLY PRODUCE THIS STATEMENT**
**WHICH DOES NOT COMPLY WITH THE COURT'S OCTOBER 13, 2005 ORDER\*\***

Date: 10/21/2005 Facility: DEV
Time: 9:36:40 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48264053 | Living Quarters: | J02-228L |
| Inmate Name: | BARBARO, FRANK | Arrived From: | OTV |
| Current Site Name: | Devens FMC | Transferred To: | |
| Housing Unit: | J CC | Account Creation Date: | 10/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DEV | 03/01/2005 05:33:39 AM | 70127301 | | Lockbox - CD | $100.00 | | $250.07 |
| DEV | 03/01/2005 11:15:38 AM | 4 | | Sales | ($36.55) | | $213.52 |
| DEV | 03/06/2005 10:09:02 PM | ITS0306 | | ITS Withdrawal | ($13.00) | | $200.52 |
| DEV | 03/14/2005 11:22:32 PM | ITS0314 | | ITS Withdrawal | ($15.00) | | $185.52 |
| DEV | 03/15/2005 11:38:21 AM | 13 | | Sales | ($38.05) | | $147.47 |
| DEV | 03/16/2005 07:39:06 AM | 194 | | SPO | ($15.00) | ($12.00) | $132.47 |
| DEV | 03/16/2005 11:18:49 PM | ITS0316 | | ITS Withdrawal | ($15.00) | | $132.47 |
| DEV | 03/22/2005 11:58:41 AM | 28 | | Sales | ($21.15) | | $111.32 |
| DEV | 03/23/2005 06:18:26 PM | 194 | | SPO - Released | | $12.00 | |
| DEV | 03/23/2005 06:18:26 PM | 91 | | Sales | ($12.00) | | $99.32 |
| DEV | 03/23/2005 10:06:05 PM | ITS0323 | | ITS Withdrawal | ($15.00) | | $84.32 |
| DEV | 03/27/2005 04:58:26 PM | ITS0327 | | ITS Withdrawal | ($4.00) | | $80.32 |
| DEV | 03/28/2005 05:28:09 AM | 70129203 | | Lockbox - CD | $100.00 | | $180.32 |
| DEV | 03/28/2005 06:26:37 PM | ITS0328 | | ITS Withdrawal | ($10.00) | | $170.32 |
| DEV | 04/03/2005 06:59:49 PM | ITS0403 | | ITS Withdrawal | ($10.00) | | $160.32 |
| DEV | 04/04/2005 11:58:22 AM | 22 | | Sales | ($61.35) | | $98.97 |
| DEV | 04/06/2005 10:21:15 AM | 231 | | SPO | | ($52.51) | |
| DEV | 04/18/2005 10:09:16 AM | 70130703 | | Lockbox - CD | $25.00 | | $123.97 |
| DEV | 04/18/2005 11:04:46 PM | ITS0418 | | ITS Withdrawal | ($20.00) | | $103.97 |
| DEV | 04/21/2005 05:51:10 PM | 231 | | SPO - Released | | $52.51 | |
| DEV | 04/21/2005 05:51:10 PM | 67 | | Sales | ($46.13) | | $57.84 |
| DEV | 04/23/2005 09:10:14 AM | ITS0423 | | ITS Withdrawal | ($7.00) | | $50.84 |
| DEV | 04/25/2005 11:55:58 AM | 24 | | Sales | ($17.40) | | $33.44 |
| DEV | 04/25/2005 06:19:52 PM | ITS0425 | | ITS Withdrawal | ($10.00) | | $23.44 |
| DEV | 04/26/2005 06:33:24 PM | ITS0426 | | ITS Withdrawal | ($6.00) | | $17.44 |
| DEV | 04/29/2005 09:38:43 PM | ITS0429 | | ITS Withdrawal | ($7.00) | | $10.44 |
| DEV | 05/01/2005 10:27:08 AM | ITS0501 | | ITS Withdrawal | ($10.00) | | $0.44 |
| DEV | 05/03/2005 05:34:03 AM | 70131801 | | Lockbox - CD | $100.00 | | $100.44 |
| DEV | 05/08/2005 11:49:50 AM | ITS0508 | | ITS Withdrawal | ($12.00) | | $88.44 |
| DEV | 05/09/2005 11:23:25 AM | 9 | | Sales | ($6.95) | | $81.49 |

Date: 10/21/2005
Time: 9:36:40 am

Facility: DEV

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48264053 | Living Quarters: | J02-228L |
| Inmate Name: | BARBARO, FRANK | Arrived From: | OTV |
| Current Site Name: | Devens FMC | Transferred To: | |
| Housing Unit: | J CC | Account Creation Date: | 10/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 05/12/2005 07:22:32 PM | ITS0512 | | | ITS Withdrawal | ($10.00) | | $71.49 |
| DEV | 05/15/2005 08:22:09 PM | ITS0515 | | | ITS Withdrawal | ($11.00) | | $60.49 |
| DEV | 05/16/2005 06:15:27 PM | ITS0516 | | | ITS Withdrawal | ($15.00) | | $45.49 |
| DEV | 05/18/2005 10:34:38 PM | ITS0518 | | | ITS Withdrawal | ($5.00) | | $40.49 |
| DEV | 05/23/2005 11:23:46 AM | 7 | | | Sales | ($21.35) | | $19.14 |
| DEV | 05/29/2005 05:15:34 AM | 70133702 | | | Lockbox - CD | $100.00 | | $119.14 |
| DEV | 05/29/2005 08:52:31 PM | ITS0529 | | | ITS Withdrawal | ($10.00) | | $109.14 |
| DEV | 05/31/2005 11:19:00 AM | 7 | | | Sales | ($27.70) | | $81.44 |
| DEV | 06/06/2005 11:31:56 AM | 15 | | | Sales | ($20.50) | | $60.94 |
| DEV | 06/07/2005 09:24:51 PM | ITS0607 | | | ITS Withdrawal | ($40.00) | | $20.94 |
| DEV | 06/09/2005 01:21:49 PM | | | | Subscriptions | $0.00 | | $20.94 |
| DEV | 06/13/2005 11:12:49 AM | 2 | | | Sales | ($18.30) | | $2.64 |
| DEV | 06/14/2005 04:34:23 PM | ITS0614 | | | ITS Withdrawal | ($2.00) | | $0.64 |
| DEV | 06/28/2005 05:30:54 AM | 70135701 | | | Lockbox - CD | $100.00 | | $100.64 |
| DEV | 06/28/2005 05:30:58 AM | 70135701 | | | Lockbox - CD | $100.00 | | $200.64 |
| DEV | 06/28/2005 05:56:21 PM | ITS0628 | | | ITS Withdrawal | ($12.00) | | $188.64 |
| DEV | 07/02/2005 09:00:45 AM | ITS0702 | | | ITS Withdrawal | ($18.00) | | $170.64 |
| DEV | 07/08/2005 11:55:59 AM | 89 | | | Sales | ($30.65) | | $139.99 |
| DEV | 07/14/2005 11:09:55 AM | 3 | | | Sales | ($13.80) | | $126.19 |
| DEV | 07/17/2005 10:49:15 AM | ITS0717 | | | ITS Withdrawal | ($26.00) | | $100.19 |
| DEV | 07/21/2005 11:24:49 AM | 10 | | | Sales | ($9.80) | | $90.39 |
| DEV | 07/23/2005 09:25:49 AM | ITS0723 | | | ITS Withdrawal | ($10.00) | | $80.39 |
| DEV | 07/28/2005 11:20:07 AM | 7 | | | Sales | ($15.00) | | $65.39 |
| DEV | 07/30/2005 05:28:07 AM | 70138001 | | | Lockbox - CD | $100.00 | | $165.39 |
| DEV | 07/30/2005 07:57:01 PM | ITS0730 | | | ITS Withdrawal | ($10.00) | | $155.39 |
| DEV | 08/03/2005 02:07:03 PM | | 1061 | | Subscriptions | ($29.00) | | $126.39 |
| DEV | 08/03/2005 03:26:42 PM | | | | Subscriptions | $29.00 | | $155.39 |
| DEV | 08/04/2005 11:29:26 AM | 1061-V | | | Subscriptions | ($17.85) | | $137.54 |
| DEV | 08/09/2005 08:01:54 PM | 18 | | | Sales | ($7.00) | | $130.54 |
| DEV | 08/11/2005 11:10:29 AM | ITS0809 | | | ITS Withdrawal | ($39.10) | | $91.44 |
| DEV | | 3 | | | Sales | | | |

Page 3

Date: 10/21/2005
Time: 9:36:41 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DEV

## General Information

| Inmate Reg #: | 48264053 | Living Quarters: | J02-228L |
|---|---|---|---|
| Inmate Name: | BARBARO, FRANK | Arrived From: | OTV |
| Current Site Name: | Devens FMC | Transferred To: | |
| Housing Unit: | J CC | Account Creation Date: | 10/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| DEV | 08/12/2005 07:22:26 PM | ITS0812 | | ITS Withdrawal | ($12.00) | | $79.44 |
| DEV | 08/17/2005 08:10:57 PM | ITS0817 | | ITS Withdrawal | ($9.00) | | $70.44 |
| DEV | 08/18/2005 11:16:00 AM | | 8 | Sales | ($13.35) | | $57.09 |
| DEV | 08/21/2005 03:33:23 PM | ITS0821 | | ITS Withdrawal | ($7.00) | | $50.09 |
| DEV | 08/25/2005 11:14:30 AM | | 6 | Sales | ($30.10) | | $19.99 |
| DEV | 08/26/2005 04:31:55 PM | ITS0826 | | ITS Withdrawal | ($15.00) | | $4.99 |
| DEV | 09/01/2005 08:29:55 PM | ITS0901 | | ITS Withdrawal | ($4.00) | | $0.99 |
| DEV | 09/05/2005 05:24:50 AM | 70140503 | | Lockbox - CD | $100.00 | | $100.99 |
| DEV | 09/05/2005 07:33:19 PM | ITS0905 | | ITS Withdrawal | ($10.00) | | $90.99 |
| DEV | 09/08/2005 11:17:32 AM | | 9 | Sales | ($27.85) | | $63.14 |
| DEV | 09/14/2005 07:28:14 PM | ITS0914 | | ITS Withdrawal | ($10.00) | | $53.14 |
| DEV | 09/22/2005 11:05:59 AM | | 2 | Sales | ($18.80) | | $34.34 |
| DEV | 09/28/2005 07:43:51 PM | ITS0928 | | ITS Withdrawal | ($14.00) | | $20.34 |
| DEV | 10/03/2005 05:24:17 AM | 70142403 | | Lockbox - CD | $100.00 | | $120.34 |
| DEV | 10/05/2005 01:07:46 PM | | 39 | Sales | ($16.15) | | $104.19 |
| DEV | 10/12/2005 11:23:11 AM | | 14 | Sales | ($26.30) | | $77.89 |
| DEV | 10/12/2005 08:03:28 PM | ITS1012 | | ITS Withdrawal | ($17.00) | | $60.89 |
| DEV | 10/19/2005 11:19:49 AM | | 11 | Sales | ($25.05) | | $35.84 |
| DEV | 10/19/2005 07:56:42 PM | ITS1019 | | ITS Withdrawal | ($5.00) | | $30.84 |
| | Total Transactions: 79 | | | Totals: | ($119.23) | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $30.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.84 |

Date: 10/21/2005
Time: 9:36:41 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: DEV

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48264053 | Living Quarters: | J02-228L |
| Inmate Name: | BARBARO, FRANK | Arrived From: | OTV |
| Current Site Name: | Devens FMC | Transferred To: | |
| Housing Unit: | J CC | Account Creation Date: | 10/28/2001 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals: | $30.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.84 |