UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,<br>   Plaintiff<br>  v.<br><br>UNITED STATES OF AMERICA, on<br>behalf of the Federal Bureau of Prisons,<br>ET AL.,<br>   Defendants. | )<br>)<br>)  C.A. No. 05-40097(MLW)<br>)<br>)<br>)<br>) |

### DECLARATION OF PATRICK W. WARD

I, Patrick W. Ward, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records regarding federal prisoners maintained in the ordinary course of business at FMC Devens. This includes, but is not limited to documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY, as well as computerized records of an inmate's trust fund account, TRUFACS.

3. On November 23, 2005, I was advised of the above captioned case by Assistant United States Attorney Mark Grady, who inquired about the Bureau of Prisons' knowledge of Plaintiff's Motion to Compel on the issue of the production of a certified copy of Plaintiff's prison account statement. After being informed of this matter by AUSA Grady and viewing Plaintiff's motion and attachments, I obtained an additional printout of Plaintiff's trust fund account at FMC Devens, which comply's with the Court's order by dating back to January 2005, six months prior to his filing of the Complaint.

4. A true and accurate copy of an Inmate Trust Fund Account Statement for Plaintiff Frank Barbaro, Reg. No. 48264-053 is attached as Exhibit A.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 23rd day of November, 2005.

                /s/ Patrick Ward
                Patrick W. Ward
                Attorney Advisor
                Consolidated Legal Center - Devens

| | | Federal Bureau of Prisons | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: 11/23/2005 | | TRUFACS | | | | | | | Facility: DEV |
| Time: 2:26:25 pm | | **View Inmate Transactions** | | | | | | | |
| | | Sensitive But Unclassified | | | | | | | |

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/2005 11:19:22 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($6.00) | ITS1116 | | | $20.17 |
| 11/16/2005 01:52:32 PM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($47.55) | 37 | | | $26.17 |
| 11/10/2005 11:08:13 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($11.45) | 5 | | | $73.72 |
| 11/09/2005 04:40:30 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($15.00) | ITS1109 | | | $85.17 |
| 11/09/2005 05:26:22 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Debt Encumbrance - PLRA | ($20.00) | 6DEVD064 - 114 | | | |
| 11/09/2005 05:26:22 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70145001 | | | $100.17 |
| 10/26/2005 04:53:02 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($1.00) | ITS1026 | | | $0.17 |
| 10/26/2005 11:21:25 AM | 48264053 | BARBARO, FRANK | DEV | DEV3002 | Sales | ($6.85) | 11 | | | $1.17 |
| 10/21/2005 09:45:54 AM | 48264053 | BARBARO, FRANK | DEV | DEV2004 | Initial PLRA Pymt | ($22.82) | 6DEVD064 | | 65 | $8.02 |
| 10/19/2005 07:56:42 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($5.00) | ITS1019 | | | $30.84 |
| 10/19/2005 11:19:49 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($25.05) | 11 | | | $35.84 |
| 10/12/2005 08:03:28 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($17.00) | ITS1012 | | | $60.89 |
| 10/12/2005 11:23:11 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($26.30) | 14 | | | $77.89 |
| 10/05/2005 01:07:46 PM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($16.15) | 39 | | | $104.19 |
| 10/03/2005 05:24:17 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70142403 | | | $120.34 |
| 09/28/2005 07:43:51 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($14.00) | ITS0928 | | | $20.34 |
| 09/22/2005 11:05:59 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($18.80) | 2 | | | $34.34 |

Date: 11/23/2005
Time: 2:26:25 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: DEV

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2005 07:28:14 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0914 | | | $53.14 |
| 09/08/2005 11:17:32 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($27.85) | 9 | | | $63.14 |
| 09/05/2005 07:33:19 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0905 | | | $90.99 |
| 09/05/2005 05:24:50 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70140503 | | | $100.99 |
| 09/01/2005 08:29:55 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($4.00) | ITS0901 | | | $0.99 |
| 08/26/2005 04:31:55 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($15.00) | ITS0826 | | | $4.99 |
| 08/25/2005 11:14:30 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($30.10) | 6 | | | $19.99 |
| 08/21/2005 03:33:23 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($7.00) | ITS0821 | | | $50.09 |
| 08/18/2005 11:16:00 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($13.35) | 8 | | | $57.09 |
| 08/17/2005 08:10:57 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($9.00) | ITS0817 | | | $70.44 |
| 08/12/2005 07:22:26 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($12.00) | ITS0812 | | | $79.44 |
| 08/11/2005 11:10:29 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($39.10) | 3 | | | $91.44 |
| 08/09/2005 08:01:54 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($7.00) | ITS0809 | | | $130.54 |
| 08/04/2005 11:29:26 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($17.85) | 18 | | | $137.54 |
| 08/03/2005 03:26:42 PM | 48264053 | BARBARO, FRANK | DEV | DEV2004 | Subscriptions | $29.00 | 1061-V | | | $155.39 |
| 08/03/2005 02:07:03 PM | 48264053 | BARBARO, FRANK | DEV | DEV0002 | Subscriptions | ($29.00) | | | 1061 | $126.39 |
| 07/30/2005 07:57:01 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0730 | | | $155.39 |
| 07/30/2005 05:28:07 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70138001 | | | $165.39 |
| 07/28/2005 11:20:07 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($15.00) | 7 | | | $65.39 |

Date: 11/23/2005
Time: 2:26:25 pm

# Federal Bureau of Prisons
## TRUFACS
### View Inmate Transactions
Sensitive But Unclassified

Facility: DEV

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/23/2005 09:25:49 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0723 | | | $80.39 |
| 07/21/2005 11:24:49 AM | 48264053 | BARBARO, FRANK | DEV | DEV3006 | Sales | ($9.80) | 10 | | | $90.39 |
| 07/17/2005 10:49:15 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($26.00) | ITS0717 | | | $100.19 |
| 07/14/2005 11:09:55 AM | 48264053 | BARBARO, FRANK | DEV | DEV3007 | Sales | ($13.80) | 3 | | | $126.19 |
| 07/08/2005 11:55:59 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($30.65) | 89 | | | $139.99 |
| 07/02/2005 09:00:45 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($18.00) | ITS0702 | | | $170.64 |
| 06/28/2005 05:56:21 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($12.00) | ITS0628 | | | $188.64 |
| 06/28/2005 05:30:58 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70135701 | | | $200.64 |
| 06/28/2005 05:30:54 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70135701 | | | $100.64 |
| 06/14/2005 04:34:23 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($2.00) | ITS0614 | | | $0.64 |
| 06/13/2005 11:12:49 AM | 48264053 | BARBARO, FRANK | DEV | DEV3008 | Sales | ($18.30) | 2 | | | $2.64 |
| 06/09/2005 01:21:49 PM | 48264053 | BARBARO, FRANK | DEV | DEV0002 | Subscriptions | $0.00 | | | | $20.94 |
| 06/07/2005 09:24:51 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($40.00) | ITS0607 | | | $20.94 |
| 06/06/2005 11:31:56 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($20.50) | 15 | | | $60.94 |
| 05/31/2005 11:19:00 AM | 48264053 | BARBARO, FRANK | DEV | DEV3008 | Sales | ($27.70) | 7 | | | $81.44 |
| 05/29/2005 08:52:31 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0529 | | | $109.14 |
| 05/29/2005 05:15:34 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70133702 | | | $119.14 |
| 05/23/2005 11:23:46 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($21.35) | 7 | | | $19.14 |
| 05/18/2005 10:34:38 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($5.00) | ITS0518 | | | $40.49 |

Date: 11/23/2005　　　　　　　　　　　Federal Bureau of Prisons　　　　　　　　　　　Facility: DEV
Time: 2:26:25 pm　　　　　　　　　　　　　　　TRUFACS
　　　　　　　　　　　　　　　　　　**View Inmate Transactions**
　　　　　　　　　　　　　　　　　Sensitive But Unclassified

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/2005 06:15:27 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($15.00) | ITS0516 | | | $45.49 |
| 05/15/2005 08:22:09 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($11.00) | ITS0515 | | | $60.49 |
| 05/12/2005 07:22:32 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0512 | | | $71.49 |
| 05/09/2005 11:23:25 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($6.95) | 9 | | | $81.49 |
| 05/08/2005 11:49:50 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($12.00) | ITS0508 | | | $88.44 |
| 05/03/2005 05:34:03 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70131801 | | | $100.44 |
| 05/01/2005 10:27:08 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0501 | | | $0.44 |
| 04/29/2005 09:38:43 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($7.00) | ITS0429 | | | $10.44 |
| 04/26/2005 06:33:24 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($6.00) | ITS0426 | | | $17.44 |
| 04/25/2005 06:19:52 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0425 | | | $23.44 |
| 04/25/2005 11:55:58 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($17.40) | 24 | | | $33.44 |
| 04/23/2005 09:10:14 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($7.00) | ITS0423 | | | $50.84 |
| 04/21/2005 05:51:10 PM | 48264053 | BARBARO, FRANK | DEV | DEV3008 | Sales | ($46.13) | 67 | | | $57.84 |
| 04/21/2005 05:51:10 PM | 48264053 | BARBARO, FRANK | DEV | DEV3008 | SPO - Released | $52.51 | 231 | | | |
| 04/18/2005 11:04:46 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($20.00) | ITS0418 | | | $103.97 |
| 04/18/2005 10:09:16 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $25.00 | 70130703 | | | $123.97 |
| 04/06/2005 10:21:15 AM | 48264053 | BARBARO, FRANK | DEV | DEV0002 | SPO | ($52.51) | 231 | | | |
| 04/04/2005 11:58:22 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($61.35) | 22 | | | $98.97 |
| 04/03/2005 06:59:49 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0403 | | | $160.32 |

Date: 11/23/2005
Time: 2:26:25 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: DEV

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2005 06:26:37 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0328 | | | $170.32 |
| 03/28/2005 05:28:09 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70129203 | | | $180.32 |
| 03/27/2005 04:58:26 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($4.00) | ITS0327 | | | $80.32 |
| 03/23/2005 10:06:05 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($15.00) | ITS0323 | | | $84.32 |
| 03/23/2005 06:18:26 PM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($12.00) | 91 | | | $99.32 |
| 03/23/2005 06:18:26 PM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | SPO - Released | $12.00 | 194 | | | |
| 03/22/2005 11:58:41 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($21.15) | 28 | | | $111.32 |
| 03/16/2005 11:18:49 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($15.00) | ITS0316 | | | $132.47 |
| 03/16/2005 07:39:06 AM | 48264053 | BARBARO, FRANK | DEV | DEV0002 | SPO | ($12.00) | 194 | | | |
| 03/15/2005 11:38:21 AM | 48264053 | BARBARO, FRANK | DEV | DEV3008 | Sales | ($38.05) | 13 | | | $147.47 |
| 03/14/2005 11:22:32 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($15.00) | ITS0314 | | | $185.52 |
| 03/06/2005 10:09:02 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($13.00) | ITS0306 | | | $200.52 |
| 03/01/2005 11:15:38 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($36.55) | 4 | | | $213.52 |
| 03/01/2005 05:33:39 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70127301 | | | $250.07 |
| 02/20/2005 10:55:27 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0220 | | | $150.07 |
| 02/17/2005 11:54:28 AM | 48264053 | BARBARO, FRANK | DEV | DEV0002 | Gift | ($140.00) | | | 488 | $160.07 |
| 02/16/2005 11:20:47 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($19.00) | ITS0216 | | | $300.07 |
| 02/15/2005 11:11:24 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($31.15) | 2 | | | $319.07 |
| 02/09/2005 11:00:14 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($16.00) | ITS0209 | | | $350.22 |

Date: 11/23/2005  
Time: 2:26:25 pm

### Federal Bureau of Prisons
### TRUFACS
### View Inmate Transactions
Sensitive But Unclassified

Facility: DEV

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/2005 11:26:33 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($24.60) | 14 | | | $366.22 |
| 02/06/2005 10:47:33 AM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0206 | | | $390.82 |
| 02/01/2005 11:05:12 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($19.00) | ITS0201 | | | $400.82 |
| 01/31/2005 10:59:30 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($12.00) | ITS0131 | | | $419.82 |
| 01/31/2005 05:26:59 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70125303 | | | $431.82 |
| 01/29/2005 07:27:11 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0129 | | | $331.82 |
| 01/28/2005 05:27:39 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $200.00 | 70125201 | | | $341.82 |
| 01/27/2005 04:32:12 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($20.00) | ITS0127 | | | $141.82 |
| 01/25/2005 06:10:56 PM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | $3.90 | 88 | | | $161.82 |
| 01/25/2005 11:24:45 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($3.90) | 12 | | | $157.92 |
| 01/25/2005 11:24:05 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($8.90) | 11 | | | $161.82 |
| 01/23/2005 02:27:52 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($9.00) | ITS0123 | | | $170.72 |
| 01/20/2005 04:50:59 PM | 48264053 | BARBARO, FRANK | DEV | AMServic | ITS Withdrawal | ($10.00) | ITS0120 | | | $179.72 |
| 01/19/2005 11:56:07 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | $0.00 | 17 | | | $189.72 |
| 01/19/2005 11:54:37 AM | 48264053 | BARBARO, FRANK | DEV | DEV3010 | Sales | ($17.10) | 16 | | | $189.72 |
| 01/11/2005 11:47:10 AM | 48264053 | BARBARO, FRANK | DEV | DEV3009 | Sales | ($22.25) | 17 | | | $206.82 |
| 01/09/2005 05:15:17 AM | 48264053 | BARBARO, FRANK | DEV | AMSERVI | Lockbox - CD | $100.00 | 70123902 | | | $229.07 |
| 01/04/2005 11:23:11 AM | 48264053 | BARBARO, FRANK | DEV | DEV3002 | Sales | ($2.20) | 9 | | | $129.07 |
| 01/04/2005 11:15:27 AM | 48264053 | BARBARO, FRANK | DEV | DEV3002 | Sales | ($21.50) | 6 | | | $131.27 |

Date: 11/23/2005  
Time: 2:26:25 pm  

**Federal Bureau of Prisons**  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: DEV

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

**Total Number Transactions: 112**

**CERTIFICATE OF SERVICE**

 I hereby certify that on this twenty-fifth day of November 2005, I caused a copy of the foregoing Declaration to be served upon the petitioner by first class mail, addressed to:

   Frank Barbaro, 48264-053
   FMC Devens
   PO Box 879
   Ayer, MA 01432

      /s/ Mark J. Grady
      Mark J. Grady
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210
      (617) 748-3136