

**U.S. Department of Justice**

Federal Bureau of Prisons

*Consolidated Legal Center - Devens*

P.O. Box 880
42 Patton Road
Ayer, MA 01432

November 30, 2005

Rebecca Greenberg, Esq.
Pro Se Staff Attorney
C/O Clerk's Office, Suite 2300
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Frank Barbaro v. United States of America, et al., C.A. No. 05-40097-MLW

Dear Ms. Greenberg:

I am writing to supplement the information and record I provided to the Court on November 23, 2005, in the above civil action with regard to Mr. Barbaro's trust fund account balances. Attached to this letter, please find an **Inmate Inquiry** printed off of the BOP's TRUFACS computerized system of monitoring inmate's trust fund accounts. This two page document more accurately addresses the needs of the Court pursuant to 28 U.S.C. §1915(b)(1).

I apologize for the Inmate Trust Fund Account Statement provided to this Court last week, as that record provides great detail on transactions, but fails to calculate average balances and a 6 month deposit history. I was attempting to resolve this matter expeditiously prior to the Court getting further involved in this miscommunication. The **Inmate Inquiry** attached does provide those summaries. Under the BOP's TRUFACS system, the **Inmate Inquiry** can be generated instantly by staff, however it is limited to the immediately preceding six month time frame. In the unusual cases where summaries of balances and deposits are needed for a time frame outside of this six month limitation, it would require the manual calculation by our business office staff of such balances and summaries.

Therefore, the attached Inquiry provides the balance summaries required by the Court, but does so for only the immediately preceding six months. In the event you or the Court need any information or detailed account summaries beyond what is provided herein, please do not hesitate to contact me. I again apologize for any confusion on our part over the Court's Order.

Sincerely,

*Patrick Ward*

Patrick Ward
Attorney

cc:   AUSA Mark Grady
      Frank Barbaro, Reg. No. 48264-053

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 48264053 | Current Institution: | Devens FMC |
| Inmate Name: | BARBARO, FRANK | Housing Unit: | J CC |
| Report Date: | 11/30/2005 | Living Quarters: | J02-228L |
| Report Time: | 12:23:44 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0201 |
| FRP Participation Status: | Completed |
| Arrived From: | OTV |
| Transferred To: | |
| Account Creation Date: | 10/28/2001 |
| Local Account Activation Date: | 12/31/2003 5:10:07 AM |
| Sort Codes: | |
| Last Account Update: | 11/30/2005 11:30:16 AM |
| Account Status: | Active |
| ITS Balance: | $17.06 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $83.67 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $45.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $38.67 |
| National 6 Months Deposits: | $725.00 |
| National 6 Months Withdrawals: | $750.47 |
| National 6 Months Avg Daily Balance: | $62.05 |
| Local Max. Balance - Prev. 30 Days: | $145.17 |
| Average Balance - Prev. 30 Days: | $31.59 |

## Commissary History

### Purchases

Validation Period Purchases: $89.05
YTD Purchases: $174.85
Last Sales Date: 11/30/2005 11:30:16 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $89.05
Remaining Spending Limit: $200.95

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments: