UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BARBARO,            )
       Plaintiff,    )
                          )
    v.                    )   C.A. No.  05-40097-MLW
                          )
UNITED STATES OF AMERICA, on )
behalf of the Federal Bureau )
of Prisons, ET AL.,       )
       Defendants.   )

## FURTHER ORDER
### RE: APPLICATION TO PROCEED IN FORMA PAUPERIS

WOLF, C.J.

On February 24, 2006, this Court directed the Business Office at FMC Devens provide the requisite prison account information necessary for this Court to assess the filing fee owed by Plaintiff pursuant to 28 U.S.C. § 1915(b).  See Memorandum and Order (#9).  On March 3, 2006, this Court received the requisite account information to assess the filing fee. See Response (#10).

Accordingly, it is hereby ORDERED:

1. Plaintiff Barbaro is assessed an initial partial filing fee of **$30.50**, pursuant to 28 U.S.C. § 1915(b)(1)(A).[1]

2. The remainder of the fee **$219.50** is to be assessed and collected in accordance with 28 U.S.C. § 1915(b)(2).

                              /s/ Mark L. Wolf
                              MARK L. WOLF
                              CHIEF, UNITED STATES DISTRICT JUDGE
Dated: March 16, 2006

---

[1] The initial partial assessment represents 20% of the average monthly deposits (*i.e.*, $152.50).