FRANK BARBARO
ID# 48264-053
FMC DEVENS, BOX 879
AYER, MA 01432

PROSE PLAINTIFF

FILED
IN CLERKS OFFICE

2006 MAR 29 P 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS

US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BARBARO,               )
PROSE PLAINTIFF              )
                             )   C.A. NO.: 05-40097
                             )
vs                           )
                             )
UNITED STATES OF AMERICA ON  )   JUDGE MARK L. WOLF
BEHALF OF THE FEDERAL BUREAU )
OF PRISONS(FMC DEVENS)       )
      AND                    )
INDIVIDUALLY NAMED PRISON    )
OFFICIALS: DR BHATTI, MLP KILDUFF )
AND UNIT MGR MRS FERNANDEZ,  )
DEFENDANTS                   )   MOTION

MOTION BY THE PROSE PLAINTIFF REQUESTING THE COURT TO ORDER DEFENDANT

UNITED STATES OF AMERICA TO FORWARD THE PLAINTIFF'S ACTUAL MRI FILMS

TO THE PLAINTIFF'S PRIVATE PHYSICIAN IN ORDER TO SECURE THE PRIVATE

PHYSICIAN'S OPINION REGARDING THE IRREPARABLE HARM THAT THE DEFENDANT

CAUSED THE PLAINTIFF TO SUFFER

CONSOLIDATED MOTION & DECLARATION REQUESTING THE COURT TO ORDER THE DEFENDANT, UNITED STATES OF AMERICA, TO FORWARD THE PLAINTIFF'S ACTUAL MRI FILMS TO HIS PRIVATE PHYSICIAN SO THAT THE PLAINTIFF MAY SECURE AN OPINION FROM HIS PRIVATE PHYSICIAN DISCERNING THE NEGLIGENCE BY THE DEFENDANT, UNITED STATES OF AMERICA'S VIOLATIONS OF THE COMMUNITY STANDARD OF CARE RESULTING IN THE PLAINTIFF'S LIFETIME PARTIAL PARALYSIS TO HIS HEAD, NECK, AND BACK, AND SHOWING THE MOST SERIOUS IRREPARABLE HARM

## DECLARATION & AFFIRMATION

Frank Barbaro ProSe Plaintiff hereinafter, **Plaintiff**, declares and affirms, under penalty of perjury, that the Instant Filing is true.

## INTRODUCTION TO THE PENDING INSTANT ACTION

1. On March 16, 2006 the Court, by the Honorable Chief Judge Mark L. Wolff, Ordered that the Plaintiff's Application to Proceed In Forma Pauperis was Granted. However, the Standard Order for Service on the Defendants by the US Marshall under the Federal Rules of Civil Procedure 4 (c)(2), was never received by the Plaintiff.

2. The Federal Rules of Civil Procedure under Rule 4 (c)(2) provides for when the Plaintiff is Authorized to Proceed In Forma Pauperis pursuant to Title 28 USC Section 1915, that the Court will direct Service to be effected by the US Marshall. In the Instant Action, the Plaintiff is requesting the Court to issue the Order allowing the US Marshall to make Service upon all of the Defendants pursuant to the Waiver of Service Standard.

THE PLAINTIFF IS NOW SUFFERING SUBSTANTIAL PREJUDICE IN HIS PENDING SOUTHERN DISTRICT OF NEW YORK ACTION IN RE: BARBARO v UNITED STATES ET AL DOCKET NO.: 05 CV 6998 (DLC) WHEREIN, DEFENDANT UNITED STATES IN THE INSTANT ACTION HAS ACTED WITH WILLFUL WANTON MISCONDUCT BY OBSTRUCTING THE PLAINTIFF'S PRIVATE PHYSICIAN FROM EXAMINING HIS ACTUAL MRI FILMS

3.  The Plaintiff is litigating the Instant Action as a Federal ProSe Prisoner Litigant from FMC Devens Prison wherein, he is held in Federal Detention. The Defendant, United States of America, understands that the Plaintiff is proceeding in the Instant Action, along with his Pending Southern District of New York Action against the same Defendant, United States of America. The Defendant United States of America understands that the Plaintiff faced the Standard to Produce his Medical Expert's Opinion discerning the Plaintiff's injuries in both the Southern District of New York Action, along with the Instant Lawsuit in front of the Honorable Judge Wolf. That is the reason why the Defendant United States of America Refused & Denied the Plaintiff's repeated written requests with Exhaustion of Tort Claim Act Filings regarding the Plaintiff's request to forward his Actual MRI Films to his Private Physician.

THE STANDARD PRACTICE AT FMC DEVENS PRISON IS TO MAKE THE BOP ADMINISTRATIVE REMEDY PROCESS UNAVAILABLE TO THE PRISONERS IN ORDER TO DENY FEDERAL COURT JURISDICTION

4.  The Plaintiff filed his Federal Tort Claim Allegations in Tort Claim #TRT-NER-2005-01035 that is set forth in the Instant Complaint under the Fourth Cause of Action. The Instant Complaint at paragraphs; 77, 78, 79, 80, 81, 82, 83 & 84, alleges that the Plaintiff proceeded to Exhaust his Prison Remedies under the Federal

## CONCLUSION

Based on all the Papers filed in the Instant Action, the ProSe Plaintiff is respectfully requesting the Honorable Court to Issue the Standard Order for the US MArshall Service upon the Defendant by Waiver of Mail, and in addition the Plaintiff is requesting the Court's Order directing the Defendant United States of America to forward the Plaintiff's Actual MRI Films to his Private Physician that will allow the Plaintiff to gain his Medical Expert's Opinion interpreting the injuries that the Plaintiff suffers from lifetime partial paralysis.

Respectfully Submitted,

Dated: March 23, 2006   By: _____
Frank Barbaro
ProSe Plaintiff