UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DR. BHATTI, MLP KILDUFF and<br>UNIT MGR MRS FERDNANDEZ<br>    Defendants. | CIVIL ACTION NO:<br>05-40097-MLW |

### NOTICE OF LIMITED APPEARANCE ON BEHALF OF THE UNITED STATES

Now enter my appearance on behalf of the United States of America for the limited purpose of opposing any discovery request directed to the United States. This appearance is expressly limited and should not be construed as waiving the requirement of service upon the United States or any other defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April 2006, I caused a copy of the foregoing Notice to be served upon the Plaintiff by first class mail, addressed to:

Frank Barbaro, 48264-053
FMC Devens
PO Box 879
Ayer, MA 01432

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney