Frank Barbaro
Federal ID# 48264-053
FMC Devens, Box 879
Ayer, MA 01432

ProSe Plaintiff

FILED
IN CLERKS OFFICE

2006 APR 11  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

4/5/06

Chambers of:
Honorable Judge Mark L Wolf
US District Court
1 Courthouse Way
Boston, MA 02210

Att: Chief Clerk, Courtroom

RE: BARBARO v UNITED STATES - CA NO.: 05-40097(MLW)

MOTION FOR MRI FILMS FILED MARCH 29, 2006


Dear Clerk,

    This letter is written in regards to the ProSe Plaintiff's Motion filed by the Court on March 29, 2006 Requesting the Defendant to Forward the Plaintiff's Actual MRI Films to the Plaintiff's Private Physician. The date/stamped copy of the above Motion that I received back from the Court on April 5, 2006 was missing page 3 of the Motion. It may be that I mistakenly filed the above Motion Motion with only pages 1, 2, and 4.

    Please see that the enclosed page 3 is made part of the Court File, and that the above Motion contains the enclosed page 3.

    Thank you for your time, effort, and consideration in this matter, and I apologize for the inconvenience that this may have caused you.


Sincerely,

*Frank Barbaro*

Frank Barbaro


cc: Defendant's Counsel,

    US Attorney Sullivan
    1 Courthouse Way, suite 9200
    Boston, MA 02210

Tort Claims Statute regarding the Requirement of the Plaintiff to seek an Opinion from his Private Physician.

5.   The Instant Complaint's Third Cause of Action in paragraphs; 59 thru 73 shows the Defendant's Deliberate Indifference in making the PLaintiff's Exhaustion of his Administrative Remedies <u>Unavailable</u> in order Obstruct & Prevent the Plaintiff form gaining his Private Physician's Opinion showing the Plaintiff's lifetime Partial Paralysis. <u>Booth v Churner</u> 149 LEd 2d 958 (2000), <u>Porter v Nussle</u> 152 LEd 2d 12 (2002). The Defendant fully understands that they Violated the Supreme Court Mandate in both <u>Booth v Churner</u> and <u>Porter v Nussle</u>. wherein, the Supreme Court Mandated that the Prison Officials can not make the Prison Administrative Remedy Process <u>Unavailable</u> to the inmates. However, the Instant Action, in the paragraphs set forth above that are in the Complaint, shows allegations of repeated Prison Official Misconduct in making the Administrative Remedy Process <u>Unavailable</u>, and that Wrongful Action Denied the Plaintiff's Right to Exhaust the 3 Levels of Prison Remedies showing that the Plaintiff's Actual MRI Films were Withheld from the Plaintiff's Private Physician.

6.   The Plaintiff is respectfully requesting the Honorable Court to Order the Defendant United States of America to forward the Plaintiff's Actual MRI Films to his Private Physician in order to allow the Plaintiff the benefit of his Medical Expert's Opinion discerning the Instant Lawsuit Allegation of Permanent Partial Paralysis.