Frank Barbaro
Prison ID# 48264-053
FMC Devens Prison, Box 879
Ayer, MA 01432

ProSe Plaintiff

5/11/06                                                          BARBARO v UNITED STATES, ET AL
                                                                 CA NO.: 05-40097 (MLW)
Chambers of:
The Honorable Mark L. Wolf
Chief Judge US District Court
One Courthouse Way
Boston, MA 02210

FILED
Clerk's Office
USDC, Mass5-19-06
By Deputy Clerk

RE: MOTION BY LETTER REQUESTING COURT ACCESS WHEREIN, THE FMC DEVENS PRISON OFFICIALS
    OBSTRUCTED & PREVENTED THE PLAINTIFF FROM RECEIVING THE COURT'S FEBRUARY 24, 2006
    MEMORANDUM & ORDER

Dear Chief Judge,

        Respectfully, the FMC Devens Prison Officials, under the direction of Warden
Winn, have declared that all mail forwarded from the United States District Court for
the District of Massachusetts does not qualify as "Legal Mail". Therefore, every
mailing form the Honorable Court is opened by Prison officials before the prison
mailroom forwards the Court's mail to each prisoner.

        When the Plaintiff received the Honorable Court's March 16, 2006 Ruling, the FMC
Devens Prison Officials had presented the Plaintiff with the Court's mailing that had
been opened by Prison Officials not in the presence of the Plaintiff. The Court's
March 16, 2006 Order tah t was received by the Plaintiff Granted In Forma Pauperis
Relief with a Notice for Payment of Prisoner Fee, only.The Papers received by the
Plaintiff under the Court's March 16, 2006 Order did not provide for Service upon the
Defendants by the US Marshall. Furthermore, the Plaintiff never received the Court's
February 24, 2006 Memorandum & Order that was referenced in the Court's May 4, 2006
Order.

        The Plaintiff was deprived & prevented, by teh FMC Devens Prison Officials, from
receiving the COurt's February 24, 2006 Memorandum & Order wherein, the Honorable
Court's May 4, 2006 Order set forth that the Court's February 24, 2006 Memorandum &
Order provides for Service upon the Defendants under specific direction to the US
Marshall, and further provided the necessary paperwork required by the US Marshall to
effect Service upon the Defendants.

        Respectfully, the Plaintiff requires the Court to provide him with a copy of the
Honorable Court's February 24, 2006 Memorandum & Order directing Service upon the
Defendants by the US Marshall, along with the necessary paperwork required by the US
Marshall to effect Service upon the Defendants.

-1-

The Court's May 4, 2006 Order informed the Plaintiff for the first time to the existence of the Court's February 24, 2006 Memorandum & Order directing Service upon the Defendants by the US Marshall. Therefore, it might be best to forward the Court's Order to the Plaintiff by Certified Mail which I pray will stop Warden Winn from preventing the delivery of the Court's mail to the Plaintiff.

The Chief Judge is respectfully requested to Order the FMC Devens Warden Winn to treat any & all mail from the Federal District Court as "Legal Mail Only", and stop the opening and/or obstruction of all the mail forwarded by the Honorable Federal Courts to FMC Devens Prisoners.

Respectfully Submitted,

Dated: May 11, 2006     By: _____

Frank Barbaro
ProSe Plaintiff

−2−

## PROOF OF SERVICE

BARBARO v UNITED STATES, ET AL
CA NO.: 05-40097 (MLW)


Frank Barbaro ProSe Plaintiff declares & affirms under penalty of perjury, that he Served a copy of the attached Motion by Letter on the Defendant's Counsel by Regular US Mail with the use of the FMC Devens Prison Legal Mail System as set forth below:


**SERVED ON:**

Defendant's Counsel,

Mark J. Grady
Assistant US Attorney
US Attorney's Office
1 Courthouse Way, suite 9200
Boston, MA 02210


Dated: May 11, 2006     By: _____

Frank Barbaro
Prison ID# 48264-053
FMC Devens Prison, Box 879
Ayer, MA 01432

ProSe Plaintiff