FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA   01432

PROSE PLAINTIFF

FILED
IN CLERKS OFFICE

2006 MAY 24 P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BARBARO,                     )
PLAINTIFF                          )        C.A. NO.: 05-40097-MLW
                                   )
                                   )
v.                                 )
                                   )   HONORABLE CHIEF JUDGE MARK L. WOLF
                                   )
UNITED STATES OF AMERICA,          )
ON BEHALF OF THE FEDERAL           )
BUREAU OF PRISONS, ET AL,          )
DEFENDANTS                         )             MOTION


MOTION IN FURTHERANCE SUPPLEMENTING THE PROSE PLAINTIFF'S PENDING

MAY 11, 2006 MOTION BY LETTER WHEREIN, THE FMC DEVENS PRISON

OFFICIALS OBSTRUCTED & PREVENTED THE PROSE PLAINTIFF PRISONER FROM

RECEIVING THE HONORABLE COURT'S FEBRUARY 24, 2006 MEMORANDUM & ORDER

THAT PROVIDED FOR SERVICE UPON THE DEFENDANTS UNDER SPECIFIC

DIRECTION TO THE US MARSHALL ALONG WITH THE REQUIRED FORMS TO EFFECT

SERVICE UPON THE DEFENDANTS IN THE INSTANT ACTION WHEREIN, THE

COURT'S FEBRUARY 24, 2006 MAILING TO THE PLAINTIFF WAS FIRST

DELIVERED TO THE PROSE PLAINTIFF PRISONER BY FMC DEVENS PRISON

OFFICIALS ON MAY 19, 2006 IN AN OPENED ENVELOPE

**CONSOLIDATED MOTION & DECLARATION IN FURTHERANCE OF THE PLAINTIFF'S PENDING MAY 11, 2006 MOTION BY LETTER, THAT IS HEREBY SUPPLEMENTED WITH THE INSTANT MOTION INFORMING THE HONORABLE COURT THAT THE FMC DEVENS PRISON OFFICIALS FIRST DELIVERED THIS COURT'S FEBRUARY 24, 2006 MEMORANDUM & ORDER WITH US MARSHALL FORMS FOR SERVICE UPON THE DEFENDANTS TO THE PROSE PLAINTIFF PRISONER ON MAY 19, 2006 WHEREBY, THE DEFENDANT HAS OBSTRUCTED & PREVENTED THE PLAINTIFF'S COURT ACCESS FROM FEBRUARY 24, 2006 THRU MAY 19, 2006 WHEREIN, THE COURT SHOULD NOW ORDER THAT ALL MAIL FROM THE FEDERAL COURTS TO FMC DEVENS INMATES MUST BE PROCESSED UNDER THE BUREAU OF PRISONS LEGAL MAIL POLICY**

## DECLARATION & AFFIRMATION

Frank Barbaro ProSe Plaintiff hereinafter, **Plaintiff**, declares and affirms under penalty of perjury that the Instant Filing is true.

1. Respectfully, the Instant Motion is filed to Supplement the Plaintiff's Pending May 11, 2006 Motion by Letter requesting OCurt Access whereby, the FMC Devens Prison Officials Withheld & Deprived the Plaijtiff of this Honorable Court's February 24, 2006 Memorandum & Order including attachments containing the required US Marshall Service Forms that are necessary to effect Service upon the Defendants in the Instant Action. The foregoing mailing from this Honorable Court on February 24, 2006 was first delivered to the Plaintiff opened by the Defendant via the FMC Devens regular mail system on May 19, 2006.

2. The Plaintiff is respectfully informing the Chief Judge that his Motion by Letter dated May 11, 2006 requesting this Court's February 24, 2006 Memorandum & Order with attachments has now been first delivered to the Plaintiff by the Defendants on May 19,

2006, under the <u>Tampering</u> of the Plaintiff's mail by the Defendants.

**THE HONORABLE COURT SHOULD ORDER THAT ANY & ALL MAIL FROM THE FEDERAL COURTS ARRIVING AT FMC DEVENS PRISON MUST BE PROCESSED UNDER THE BUREAU OF PRISONS LEGAL MAIL POLICY**

3.    Respectfully, the Chief Judge has the Authority to provide the Right of prisoners at the FMC Devens Prison who receive Legal Mail from the Federal Courts, to have the said Legal Mail processed by the FMC Devens Prison Officials under the Bureau of Prisons (BOP) Legal Mail Policy.

4.    The Honorable Court understands that the FMC Devens Prison have now employed two in-house attorneys who are located & housed at the FMC Devens Prison. In the normal course of the two in-house attorney's daily routine, they are Reviewing all Papers mailed from the Federal Courts to each & every prisoner at FMC Devens Prison. The foregoing conduct has taken place based upon the Warden declaring that any & all mail from the Federal Courts without the BOP Required marking of [Legal Mail, Open in Front of Inmate] will not be delivered to any prisoner under the BOP Legal Mail Policy.

5.    The Plaintiff is simply requesting the most basic Constitutional Right that is under well-settled Federal Law whereby, teh FMC Devens Prison Officials may <u>not</u> interfere with the prisoner's delivery of mail from Federal Courts.

6.    The Plaintiff has Exhausted his BOP Administrative Remedy regarding the Defendant's Obstruction of Court Access under his Federal Tort Claim Act Filings. The Defendant has conceded that

-2-

the Plaintiff has totally Exhausted his Tort Claim Administrative Remedies wherein, the Plaintiff alleges that the Defendant has Obstructed hsi Court Access by making the BOP Administrative Remedy Process Unavailable regarding the 3 levels of Exhaustion under PLRA 42 USC §1997(e)(a). Booth v Churner 149 LEd 2d 958 (2000), Porter v Nussle 152 LEd 2d 12 (2002). Therefore, the Instant Motion has been Exhausted in the Plaintiff's Federal Tort Claim, and has been Exhausted under the BOP Administrative Remedy System wherein, the Defendant made said Exhaustion Unavailable by refusing, and failing to Respond to over 30 of the Plaintiff's Administrative Remedy Filings.

## CONCLUSION

Based on all the Papers filed in the Instant Action, the ProSe Plaintiff Prisoner is requesting the Honorable Court to simply Order that all mail received from the Federal Courts will be processed by the FMC Devens Prison under the BOP Legal Mail Policy.

Respectfully Submitted,

Dated: May 23, 2006    By: _____

Frank Barbaro
ProSe Plaintiff

**PROOF OF SERVICE**

FILED
IN CLERKS OFFICE

**BARBARO v UNITED STATES, ET AL**
**C.A. NO.: 05-40097 MLW**

2006 MAY 24  P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

Frank Barbaro ProSe Plaintiff declares and affirms under penalty of perjury that the attached Motion in Furtherance Supplementing the Plaintiff's May 11, 2006 Motion by Letter was Served on the Defendant's Counsel by US Regular Mail with the use of the FMC Devens Prison Legal Mail System as set forth below:

**SERVED ON:**

Defendant's Counsel,

MARK J. GRADY
Assistant US Attorney
US Attorney's Office
1 Courthouse Way, suite 9200
Boston, MA 02210

Dated: May 23, 2006    By: _____

Frank Barbaro
Prison ID# 48264-053
FMC Devens Prison, Box 879
Ayer, MA 01432

ProSe Plaintiff