**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>FRANK BARBARO | COURT CASE NUMBER<br>05-40097-MLW |
| DEFENDANT<br>UNITED STATES OF AMERICA, ET AL | TYPE OF PROCESS<br>WAIVER OF SERVICE BY MAIL |

SERVE ➡ AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNIT MGR. MRS. FERNANDEZ

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**LAST KNOWN ADDRESS**
FMC DEVENS PRISON, BOX 880, AYER MASSACHUSETTS, 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA 01432

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLAINTIFF IS IN FEDERAL PRISON

Signature of Attorney or other Originator requesting service on behalf of:
FRANK BARBARO     ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE 5/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/1/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Process served by Cert mail 6/5/06 at Plaintiff provided PO Box address

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS _____

FRANK BARBARO,
          Plaintiff
   V.

**SUMMONS IN A CIVIL CASE**

UNITED STATES OF AMERICA, ET AL.,

CASE      C.A. 05-40097-MLW

        Defendants

TO: (Name and address of Defendant)

**MRS. FERNANDEZ**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**FRANK BARBARO, PRO SE**
48264-053
FMC DEVENS P.O. BOX 879
AYER, MA 01432

\* or answer in the time period otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON        2/27/06
CLERK        DATE

_/s/ Rebecca Greenberg_
(By) DEPUTY CLERK