| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF<br>FRANK BARBARO | | FILED<br>IN CLERKS OFFICE | COURT CASE NUMBER<br>05-40097-MLW |
| DEFENDANT<br>UNITED STATES OF AMERICA, ET AL. | | 2006 JUN 14 A 9:10 | TYPE OF PROCESS<br>WAIVER OF SERVICE BY MAIL |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | MLP KILDUFF |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | **LAST KNOWN ADDRESS**<br>FMC DEVENS PRISON, BOX 880, AYER MASSACHUSETTS, 01432 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | | |
|---|---|---|
| FRANK BARBARO<br>PRISON ID# 48264-053<br>FMC DEVENS PRISON, BOX 879<br>AYER, MA 01432 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLAINTIFF IS IN PRISON

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| FRANK BARBARO /s/ Frank Barbaro | | | 5/23/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/1/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time ___ am ___ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Process returned unexecuted. Ms. Kilduff is no longer employed at FMC Devens at 6/13/06

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

June 8, 2006

US Department of Justice
United States Marshals Service
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Dear Sir or Madam:

I am returning the enclosed envelope with the complaint and summons sent via certified mail addressed to MLP Kilduff. Please be advised Ms. Kilduff is no longer employed at FMC Devens.

If you have any questions, please feel free to contact me at (978) 796-1000, Ext. 1039.

Sincerely,

Cheryl L. Magnusson
Legal Assistant

Enclosures

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

FRANK BARBARO,
          Plaintiff

V.

UNITED STATES OF AMERICA, ET AL.,

          Defendants

**SUMMONS IN A CIVIL CASE**

CASE      C.A. 05-40097-MLW

TO: (Name and address of Defendant)

**PA KILDUFF**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**FRANK BARBARO, PRO SE**
**48264-053**
**FMC DEVENS P.O. BOX 879**
**AYER, MA 01432**

* or answer in the time period otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON       2/27/06
CLERK       DATE

_/s/ Rebecca Greeley_
(By) DEPUTY CLERK