Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | | |
|---|---|---|
| PLAINTIFF | FRANK BARBARO | COURT CASE NUMBER 05-40097-MLW |
| DEFENDANT | UNITED STATES OF AMERICA, ET AL | TYPE OF PROCESS WAIVER OF SERVICE BY MAIL |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES ATTORNEY GENERAL

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DEPARTMENT OF JUSTICE - 950 PENNSYLVANIA AVE, NW - WASHINGTON, DC 20530

U.S. DISTRICT COURT
DISTRICT OF MASS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA 01432

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLAINTIFF IS IN FEDERAL PRISON

Signature of Attorney or other Originator requesting service on behalf of:
FRANK BARBARO  /s/ Frank Barbaro
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE 5/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk Nancy Falanen | Date 6/1/06 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Process served by Cert Mail rt

(Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

FRANK BARBARO,
          Plaintiff                   **SUMMONS IN A CIVIL CASE**
V.

UNITED STATES OF AMERICA, ET AL.,     CASE     C.A. 05-40097-MLW

**Defendants**

TO: (Name and address of Defendant)

**UNITED STATES ATTORNEY GENERAL**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**FRANK BARBARO, PRO SE**
48264-053
FMC DEVENS P.O. BOX 879
AYER, MA 01432

* or answer in the time period otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON           2/27/06
CLERK                                       DATE

(By) DEPUTY CLERK