FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA   01432

PROSE PLAINTIFF

FILED
IN CLERKS OFFICE

2006 JUN 26  P 3:43

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BARBARO,                                )
PROSE PLAINTIFF                               )    C.A. NO.: 05-40097 (MLW)
                                              )
                                              )
v.                                            )    THE HONORABLE CHIEF JUDGE MARK L. WOLF
                                              )
UNITED STATES OF AMERICA ON                   )
BEHALF OF THE FEDERAL BUREAU                  )    MOTION TO STOP THE DEFENDANT FROM
OF PRISONS,                                   )    OBSTRUCTING SERVICE UPON DEFENDANTS:
         AND                                  )    DR BHATTI, PA KILDUFF & MRS FERNANDEZ
INDIVIDUALLY NAMED PRISON                     )
OFFICIALS; DR BHATTI, PA KILDUFF              )
AND UNIT MGR MRS FERNANDEZ,                   )
                                              )
DEFENDANTS                                    )

MOTION BY THE PROSE PLAINTIFF TO STOP THE DEFENDANT FROM OBSTRUCTING THE

US MARSHAL SERVICE UPON THE NAMED PRISON OFFICIAL DEFENDANTS: DR BHATTI,

PA KILDUFF & UNIT MGR MRS FERNANDEZ WHEREIN, THE FEDERAL BUREAU OF

PRISONS HAS DELIBERATELY CONCEALED THE ABOVE DEFENDANT'S ADDRESSES IN

VIOLATION OF THIS COURT'S LAW

CONSOLIDATED MOTION, DECLARATION & ARGUMENT BY THE PROSE PLAINTIFF FOR THE HONORABLE COURT TO ORDER DEFENDANT, FEDERAL BUREAU OF PRISONS, TO STOP OBSTRUCTING THE US MARSHAL SERVICE UPON INDIVIDUALLY NAMED PRISON OFFICIAL DEFENDANTS; DR BHATTI, PA KILDUFF & UNIT MGR MRS FERNANDEZ WHEREIN, THE FMC DEVENS PRISON ATTORNEYS, ANN ZGRODNIK & PATRICK WARD, HAVE DEPRIVED THE US MARSHAL FROM THE ADDRESSES FOR FORMER BOP EMPLOYEES; DR BHATTI & PA KILDUFF, AND CURRENT BOP EMPLOYEE; MRS FERNANDEZ

## DECLARATION & AFFIRMATION

Frank Barbaro ProSe Plaintiff hereinafter, **Plaintiff**, declares and affirms under penalty of perjury that the Instant Filing is true.

## INTRODUCTION TO THE INSTANT MOTION & PRIOR PROCEEDINGS IN THE INSTANT ACTION

1. Respectfully, the ProSe Plaintiff filed the Instant Summons & Complaint <u>over one year ago</u> on June 17, 2005 against the United States of America on behalf of the Federal Bureau of Prisons, and Individually Named Prison Officials; Dr Bhatti, PA Kilduff, and Unit Mgr Mrs Fernandez who are Named under <u>Bivens</u> Constitutional Violations.

2. On June 17, 2005, the Plaintiff's Complaint alleged a Totally Exhausted set of Tort Allegations against the United States of America in behalf of the Federal Bureau of Prisons, FMC Devens Prison. In addition, the Complaint Named 3 Prison Officials under their <u>Bivens</u> Constitutional Violations resulting in Actual Injuries to the Plaintiff. The 3 Prison Officials are Dr Bhatti, PA Kilduff & Unit Mgr Mrs Fernandez, who was the Unit Manager in charge of the Plaintiff's FMC Devens Prison Detention.

-1-

3.  Since the filing of the Instant Complaint on June 17, 2005 thru the filing of the Instant Motion, the ProSe Plaintiff has been deprived the Right to Serve the Individually Named Prison Official Defendants; Dr Bhatti, PA Kilduff & Unit Mgr Mrs Fernandez.

**THE AUTHORITY OVER THE PLAINTIFF'S SERVICE OF PROCESS ON THE THREE ABOVE NAMED PRISON OFFICIALS TRANSFERS THE RESPONSIBILITY TO THE HONORABLE COURT UNDER SUPREME COURT CASE-LAW & THE FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(c)(2) WHEREIN, THE PLAINTIFF IS REQUESTING THE COURT'S JUDICIAL INTERVENTION IN EFFECTING THE SERVICE OF PROCESS UPON THE ABOVE THREE INDIVIDUALLY NAMED PRISON OFFICIAL DEFENDANTS**

4.  Respectfully, the Honorable Court had Ordered on February 24, 2006 that the ProSe Plaintiff has In Forma Pauperis Standing in the Instant Action.

5.  Respectfully, the Supreme Court of the United States in <u>Mallard v US District Court of Iowa</u> 490 US 296 set forth, under well-settled law, that the Honorable Court shall assist the Plaintiff with Service upon the Individually Named <u>Bivens</u> Defendants; Dr Bhatti, PA Kilduff & Mrs Fernandez. The Supreme Court had stated in <u>Mallard</u>:

> <u>Mallard v US District Court of Iowa</u> 490 US 296, at 302
> [490 US 302]
>
>     to represent a litigant proceeding In Forma Pauperis, §1915(c)-adopted at the very same time a §1915(d)-treats court officers and witnesses differently: "The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases."

-2-

6. In addition to the above Supreme Court Authority, the Fed.R.Civ.P., under Rule 4(c)(2) provides for the following Authority wherein, the Honorable Court can now invoke the Service of Process upon the Three Individually Named Prison Official Defendants; Dr Bhatti, PA Kilduff, and Mrs Fernandez. The Fed.R.Civ.P., under Rule 4(c)(2) states the following:

> The Court may direct that Service be effected by a US Marshal, Deputy Marshal, or other person or officer specially appointed by the Court for that purpose. Such an appointment must be made when the Plaintiff is authorized to proceed In Forma Pauperis pursuant to 28 USC §1915 or is authorized to proceed as a seaman under 28 USC §1916.

7. Respectfully, in order to clarify the above Supreme Court Authority in seeking the Honorable Court's Assistance now in effecting Service of Process upon the above Three named Prison Official Defendants, the Plaintiff submits that the <u>Mallard v District Court of Iowa</u> Supreme Court of the United States Mandate is Supported by <u>Hutton v Davis</u> 454 US 370 (1982). Therein, the Supreme Court Ruled that unless we wish Anarchy to prevail within the Federal Judicial System, a precedent of this Court must be followed by the Lower Federal Courts no matter how misguided the Judges of those Courts may think it to be (375).

8. Respectfully, the US Marshal forwarded the attached Service for the above Three Individually Named Prison Officials; Dr Bhatti, PA Kilduff & Mrs Fernandez to the FMC Devens Prison in order to effect said Service of the ProSe Plaintiff's Instant Summons & Complaint.

9.    The FMC Devens Prison in-house Attorneys, Ann Zgrodnik & Patrick Ward Obstructed the US Marshal Service upon the above Three Individually Named Prison Official Defendants. Attorneys Zgrodnik & Ward returned the US Marshal's Paperwork that called for a Waiver of Service wherein, Attorneys Zgrodnik and/or Ward <u>concealed</u> the addresses of the above Three Individually named Prison Official Defendants from the US Marshal Service. Attorneys Zgrodnik & Ward Deliberately <u>Concealed</u> the forwarding addresses for the above Three Individually Named Prison Official Defendants from the US Marshal Service whereby Attorneys Zgrodnik & Ward understood that it was Mandatory, under BOP Policy, to provide the US Marshal Service with the forwarding addresses for the above Three Individually Named Prison Official Defendants.

10.    Respectfully, the FMC Devens Prison Warden, David Winn, states that any & all Court Papers are <u>exclusively</u> handled only by Attorneys Zgrodnik & Ward. In addition, Warden Winn states that the Two above Attorneys are located at the FMC Devens Prison for the purpose of assisting the Bureau of Prisons in litigations such as the Instant Action. The above statement by Warden Winn is Policy for Inmate Litigation Filings regarding FMC Devens Prison & the Federal Courts. The Plaintiff has been informed of that Policy by numerous Prison Officials at FMC Devens Prison over the last 12 months.

**BOP ATTORNEYS ZGRODNIK & WARD UNDERSTAND HOW TO PROVIDE THE US MARSHAL WITH THE CURRENT ADDRESSES FOR THE THREE INDIVIDUALLY NAMED PRISON OFFICIAL DEFENDANTS; DR BHATTI, PA KILDUFF & MRS FERNANDEZ**

11.    Respectfully, Defendant Unit Mgr Mrs Fernandez is currently employed by the Federal Bureau of Prisons. Therefore, Attorneys Zgrodnik & Ward have <u>Deliberately Obstructed</u> the US Marshal Service

-4-

from learning the current Prison Location for Defendant Mrs Fernandez whereby, the Prison that now employs Mrs Fernandez will process the US Marshal Service, Waiver of Service by mail upon Defendant Mrs Fernandez once the Honorable Court intervenes.

12. Respectfully, Attorneys Zgrodnik & Ward fully understand that Defendants Dr Bhatti & PA Kilduff are the Two "Whistle-Blowere" that are now part of the Federal Investigation into the Unlawful Medical Abuses against the Prisoners at FMC Devens Prison. In addition, Attorneys Zgrodnik & Ward know that Defendant Dr Bhatti has a Medical License wherein, said Authority under the Medical Lincensing requires that Dr Bhatti's forwarding address be made available to the FMC Devens Prison for the answering of medical questions pertaining to all of the prisoner/patients that Dr Bhatti treated during the time of his employment at FMC Devens Prison. In addition, the FMC Devens Medical Staff state that Dr Bhatti is presently a Federal Employee who is now assigned to the Veterans Administration Hospital.

13. Respectfully, Defendant PA Kilduff also had to possess a Healthcare Provider's License or License Waiver in order to be employed by the FMC C Devens Prison wherein, under the Authority of saidLicense or License Waiver, it is a requirement for PA Kilduff to provide the FMC Devens Prison with her forwarding address.

14. Respectfully, the FMC Devens Prison Attorneys Zgrodnik & Ward both understand that BOP Policy makes it Mandatory for the Individually Named Prison Official Defendants; Dr Bhatti, PA Kilduff & Mrs Fernandez to provide the FMC Devens Prison with their forwarding addresses.

-5-

**DEFENDANT FEDERAL BUREAU OF PRISONS IS WASTING THE HONORABLE COURT'S VALUABLE TIME BY OBSTRUCTING THE US MARSHAL SERVICE UPON THE THREE INDIVIDUALLY NAMED PRISON OFFICIAL DEFENDANTS**

15. Respectfully, this is the Second Motion that the Plaintiff has had to file in order to request the Honorable Court's Judicial Intervention to Order the FMC Devens Prison Officials to STOP Delaying & Obstructing the Plaintiff's Constitutional Right of Meaningful Court Access. Lewis v Casey 518 US 343 citing, Bounds v Smith 52 LEd 2d 72 (1977) wherein, the First Circuit Affirmed that Authority in Boivan v Black 225 F3d (1st cir 2000).

**THE PLAINTIFF WILL NOW MOVE BY MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER A NUMBER OF ALLEGATIONS IN THE INSTANT ACTION BASED UPON DEFENDANT FMC DEVENS PRISON'S CONTINUOUS VIOLATIONS OF LAW**

16. Respectfully, the Plaintiff is Serving Notice upon the Defendant that he will now Serve his Motion for Partial Summary Judgment based upon the Instant Complaint Allegations of the Defendant's Continuous Misconduct in Violation of the PLRA 42 USC §1997(e)(a). The said Motion will be filed separately, and incorporated with the Instant Motion by Reference.

### CONCLUSION

Based on all the Papers filed in the Instant Action, the ProSe Plaintiff is respectfully requesting the Honorable Court's Judicial Intervention to gain immediate Service of Process upon the Three Individually Named Prison Official Defendants; Dr Bhatti, PA Kilduff, and Unit Mgr Mrs Fernandez wherein, the Instant Action was filed on **June 17, 2005** over one year ago.

Respectfully Submitted,

Dated: June 19, 2006   By: _/s/ Frank Barbaro_
Frank Barbaro
ProSe Plaintiff

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FRANK BARBARO | 05-40097-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| UNITED STATES OF AMERICA, ET AL | WAIVER OF SERVICE BY MAIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MLP KILDUFF

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**LAST KNOWN ADDRESS**
FMC DEVENS PRISON, BOX 880, AYER MASSACHUSETTS, 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA 01432

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLAINTIFF IS IN PRISON

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
FRANK BARBARO /s/ Frank Barbaro
DATE: 5/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/1/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Process returned unexecuted. Ms. Kilduff is no longer employed at FMC Devens. 6/13/06

NOTE

**PRIOR EDITIONS** — **3. NOTICE OF SERVICE** — FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: FRANK BARBARO | COURT CASE NUMBER: 05-40097-MLW |
| DEFENDANT: UNITED STATES OF AMERICA, ET AL | TYPE OF PROCESS: WAIVER OF SERVICE BY MAIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. BHATTI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**LAST KNOWN ADDRESS**
FMC DEVENS PRISON, BOX 880, AYER MASSACHUSETTS, 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 880
AYER, MA 01432

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLAINTIFF IS IN FEDERAL PRISON

Signature of Attorney or other Originator requesting service on behalf of:  FRANK BARBARO   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 5/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 3X | District to Serve No. 3X | Signature of Authorized USMS Deputy or Clerk | Date 6/8/0 |
|---|---|---|---|---|---|
| | 1 | | | | |

[ ] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service  Time  am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | | |

REMARKS: Process served by cert mail at 6/5/06 when Plaintiff provided PO Box address. Upon return of process Dr. Bhatti is no longer employed by FMC Devens at 6/13/06

NOTE

3 NOTICE OF SERVICE           FORM USM-285 (Rev. 12/15/8)

# U.S. Department of Justice
## United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FRANK BARBARO | 05-40097-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| UNITED STATES OF AMERICA, ET AL | WAIVER OF SERVICE BY MAIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNIT MGR. MRS. FERNANDEZ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**LAST KNOWN ADDRESS**
FMC DEVENS PRISON, BOX 880, AYER MASSACHUSETTS, 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA 01432

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLAINTIFF IS IN FEDERAL PRISON.

Signature of Attorney or other Originator requesting service on behalf of: FRANK BARBARO /s/ Frank Barbaro
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER
DATE: 5/23/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 6/1/06

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS: Process served by cert mail 6/8/06 at plaintiff's provided FMC address
Process returned by BOP, Mrs. Fernandes is no longer employed by FMC Devens 6/13/06

NOTE

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)