Frank Barbaro
Prison ID# 48264-053
FMC Devens, Box 879
Ayer, MA 01432

6/27/06

Clerk's Office
US District Court
One Courthouse Way, suite 2300
Boston, MA 02210

RE: <u>BARBARO v UNITED STATES, ET AL</u>

    <u>C.A. NO.: 05-40097 MLW</u>


Dear Clerk,

    On June 8, 2006 the Business Administrator at FMC Devens Prison sent your office a letter regarding Filing Fees wrongfully deducted from my account, and forwarded to your office totalling $63.25. See June 8, 2006 letter attached hereto.

    To date I have not been refunded the above amount to my account. Would you kindly look into this matter, and address said refund.

    Thank you for your consideration & efforts in this matter.


Sincerely,

*Frank Barbaro*

Frank Barbaro
ProSe Plaintiff



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

June 8, 2006

Office of the Clerk
United States District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:  Frank Barbaro vs. U. S. A., ET AL.
     C. A No. 05-40097-MLW

Dear Sir or Madam,

Three payments totaling $63.25 were sent to the Office of the Clerk, U. S. District Court, on behalf on inmate Frank Barbaro. Although Mr. Barbaro has been assessed a $250.00 filing fee for this case, the fee was to have been collected consecutive to fee payments from prior court orders. In error, our office began collections on this order prior to the other collections being completed. I am requesting the fees collected in error be refunded directly to the inmate at the address listed below. I have listed the payment amounts and check numbers below for your reference. If you require additional information, please contact me at 978-796-1144. Your assistance is appreciated.

Sincerely,

Tammi Sanderhoff
Business Administrator

Please send check to:    Federal Bureau of Prisons
                         Frank Barbaro # 48264-053
                         PO Box 474701
                         Des Moines, IA 50947-0001

Payments:    $1.55     Check # 25502556
             $40.00    Check # 76416719
             $21.70    Check # 26149428