UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,        ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | CIVIL ACTION NO: |
| ) | 05-40097-MLW |
| UNITED STATES OF AMERICA,    ) | |
| DR. BHATTI, MLP KILDUFF and    ) | |
| UNIT MGR MRS FERNANDEZ    ) | |
|     Defendants.    ) | |

**UNITED STATES' MOTION FOR A THIRTY ONE DAY EXTENSION TO AUGUST 28, 2006, TO RESPOND TO THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for an extension of time to August 28, 2006, respond to the Plaintiff's Partial Motion for Summary Judgment.

In support of the Motion, the United States submits the attached memorandum.

Accordingly, the United States respectfully requests that this Court allow a thirty one day extension to August 28, 2006, respond to the Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136

Dated: July 28, 2006

**Certificate of Compliance**

The United States takes the position that Local Rule 7.1 requires "counsel" to confer. As such, the rule is inapposite. Alternatively, the United States requests leave to file the instant motion without such a conference because the Plaintiff is an inmate committed to the custody of the Federal Bureau of Prisons.

/s/ Mark J. Grady
Mark J. Grady

**Certificate of Service**

I hereby certify that on this 28th day of July 2006, I caused a copy of the foregoing Motion and Memorandum to be served upon the Plaintiff by first class mail, addressed to:

Frank Barbaro, 48264-053
FMC Devens
PO Box 879
Ayer, MA 01432

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney