Frank Barbaro
Prison ID# 48264-053
FMC Devens Prison, Box 879
Ayer, MA 01432
ProSe Plaintiff

FILED
CLERKS OFFICE

2006 JUL 27 P 2: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

7/25/06

Clerk's Office
US District Court
One Courthouse Way, suite 2300
Boston, MA 02210

RE: BARBARO v UNITED STATES, ET AL

C.A. NO.: 05-40097 MLW

Dear Clerk,

    The FMC Devens Prison Officials have a history of preventing & withholding the Honorable Court's Mail from the ProSe Plaintiff/Prisoner wherein, they withheld the Court's February 24, 2006 Memorandum & Order until I discovered it's existence some 3 months later through other correspondence from the Court. Only after I Motioned the Court for said Memorandum & Order 3 months later did the Prison Officials capitualate to release the Court's Mail to me.

    Therefore, based on the Prison Officials' history I am requesting that you provide me with a current Civil Docket Sheet showing the status of the following Pending Motions:

5/11/06  Plaintiff's Motion by Letter
5/23/06 Plaintiff's Motion Supplementing the Pending 5/11/06 Motion by Letter
6/9/06  Plaintiff's Reply to Defendant's 6/5/06 Opposition
6/20/06  Plaintiff's Motion for Defendants to Stop Obstructing US Marshall Service
7/6/06  Plaintiff's Motion for Partial Summary Judgment

    Thank you for your consideration and efforts in this matter.

Sincerely,

*Frank Barbaro*

Frank Barbaro