Frank Barbaro
Prison ID# 48264-053
FMC Devens Prison, Box 879
Ayer, MA 01432
<u>ProSe Plaintiff</u>

6/27/06

Clerk's Office
US District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

<u>SECOND REQUEST JULY 26, 2006</u>

RE: <u>BARBARO v UNITED STATES, ET AL</u>

   <u>C.A. NO.: 05-40097 MLW</u>

Dear Clerk,

   On June 8, 2006 the Business Administrator at FMC Devens Prison sent to your office a letter regarding Filing Fees that were wrongfully deducted from my account, and forwarded to your office totalling $63.25. See June 8, 2006 letter attached hereto.

   To date I have not been refunded the above amount to my account. Would you kindly look into this matter and address said refund.

   Thank you for your consideration & efforts in this matter.

                    Sincerely,

                    Frank Barbaro
                    Frank Barbaro

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

June 8, 2006

Office of the Clerk
United States District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:    Frank Barbaro vs. U. S. A., ET AL.
       C. A No. 05-40097-MLW

Dear Sir or Madam,

Three payments totaling $63.25 were sent to the Office of the Clerk, U. S. District Court, on behalf on inmate Frank Barbaro. Although Mr. Barbaro has been assessed a $250.00 filing fee for this case, the fee was to have been collected consecutive to fee payments from prior court orders. In error, our office began collections on this order prior to the other collections being completed. I am requesting the fees collected in error be refunded directly to the inmate at the address listed below. I have listed the payment amounts and check numbers below for your reference. If you require additional information, please contact me at 978-796-1144. Your assistance is appreciated.

Sincerely,

Tammi Sanderhoff
Business Administrator

Please send check to:       Federal Bureau of Prisons
                            Frank Barbaro # 48264-053
                            PO Box 474701
                            Des Moines, IA 50947-0001

Payments:       $1.55       Check # 25502556
                $40.00      Check # 76416719
                $21.70      Check # 26149428

INMATE REQUEST TO STAFF MEMBER
BARBARO, Frank
Reg. No.: 48264-053
Unit: J-B


This is in response to your Inmate Request to Staff Member dated June 5, 2006. A review of
your issue has revealed that payments totaling $63.25 were processed toward your filing fee on
C. A. No. 05-40097-MLW prior to your other collection being completed. I have sent a letter to
the United States District Court requesting the funds be refunded to you directly. I have attached
a copy of the letter for your reference.



Tammi Sanderhoff, Business Administrator        10/8/06
                                                Date