UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,      )<br>      Plaintiff,      )<br>      )<br>v.      )<br>      )<br>      )<br>UNITED STATES OF AMERICA,      )<br>DR. BHATTI, MLP KILDUFF and      )<br>UNIT MGR MRS FERNANDEZ      )<br>      Defendants.      ) | CIVIL ACTION NO:<br>05-40097-MLW |

**UNITED STATES' MOTION FOR A EIGHT DAY EXTENSION TO SEPTEMBER 8, 2006, TO RESPOND TO THE PLAINTIFF'S COMPLAINT AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for an extension of time to September 8, 2006, to respond to the Plaintiff's Complaint and Partial Motion for Summary Judgment. The United States has been granted one prior extension of thirty days and one of seven days.

By way of background, the Plaintiff, Frank Barbaro, is an inmate committed to the custody of the Federal Bureau of Prisons at FMC-Devens. He alleges violations of the Federal Tort Claims Act (against the United States) and his constitutional rights, under the theory espoused in <u>Bivens v. Six Unkown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (against the individually named defendants), arising from his claim that he has received deficient and/or negligent medical care.

Service of this Complaint was effected upon the United States on or about June 4, 2006, however, service has not yet been effected upon any of the individually named defendants. On or about July 17, 2006, the Plaintiff filed a "Motion for Partial Summary Judgment" seeking partial judgment as to his claim that "the United States made his exhaustion of administrative

remedies unavailable."

The United States previously requested, and was allowed a thirty day extension because such time was reasonably necessary to fully investigate and respond to the Plaintiff's allegations and Motion for Summary Judgment, especially in light of the fact that this claim was served on June 4, 2006. The second extension, of eight days (due to the Monday holiday) was requested to allow the United States to finalize its affidavits and memorandum in response to the Motion for Partial Summary Judgment.

Counsel for the United States was out ill on August 30-31 and September 1st. Thus, the motion could not be completed on September 5, 2006. The instant request is for a three day extension due to counsel's illness.

Accordingly, the United States respectfully requests that this Court allow a three day extension to September 8, 2006, to respond to the Plaintiff's Complaint and Motion for Summary Judgment.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By: /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

Dated: September 5, 2006   (617) 748-3136

**Certificate of Compliance**

The United States takes the position that Local Rule 7.1 requires "counsel" to confer. As such, the rule is inapposite. Alternatively, the United States requests leave to file the instant motion without such a conference because the Plaintiff is an inmate committed to the custody of the Federal Bureau of Prisons.

/s/ Mark J. Grady
Mark J. Grady

**Certificate of Service**

I hereby certify that on this 5th day of September 2006, I caused a copy of the foregoing Motion and Memorandum to be served upon the Plaintiff by first class mail, addressed to: Frank Barbaro, 48264-053, FMC Devens, PO Box 879, Ayer, MA 01432

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney