UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DR. BHATTI, MLP KILDUFF and<br>UNIT MGR MRS FERNANDEZ<br>    Defendants. | CIVIL ACTION NO:<br>05-40097-MLW |

**UNITED STATES' MOTION TO DISMISS PLAINTIFF'S CLAIMS OF DENIAL OF ACCESS TO THE ADMINISTRATIVE REMEDY PROCESS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, AND CROSS-MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIM OF DENIAL OF ACCESS**

Pursuant to Fed R. Civ P. 12(b)(1) and (6) and Fed. R. Civ. P. 56, the United States hereby moves for dismissal of the Plaintiff's claim of denial of access to the administrative remedy process for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The United States further moves for summary judgment in its favor as to such claims.

In support of the Motion, the United States submits the attached memorandum, statement of undisputed material fact and exhibits.

Wherefore, the United States requests that Barbaro's claim of denial of access to the administrative remedy process be dismissed for failure to state a claim upon which relief may be granted, be dismissed for lack of subject matter jurisdiction, and that summary judgment be entered in favor of the United States on that claim.

|  |  |
|---|---|
|  | Respectfully submitted, <br> MICHAEL J. SULLIVAN <br><br> United States Attorney |
|  | By:  /s/ Mark J. Grady <br> Mark J. Grady <br> Assistant U.S. Attorney <br> One Courthouse Way, Suite 9200 <br> Boston, MA 02210 |
| Dated: September 7, 2006 | (617) 748-3136 |

### Certificate of Compliance

The United States takes the position that Local Rule 7.1 requires "counsel" to confer. As such, the rule is inapposite. Alternatively, the United States requests leave to file the instant motion without such a conference because the Plaintiff is an inmate committed to the custody of the Federal Bureau of Prisons.

/s/ Mark J. Grady
Mark J. Grady

### Certificate of Service

I hereby certify that on this 7th day of September 2006, I caused a copy of the foregoing Motion, Memorandum, Exhibits and Statement of Undisputed Fact to be served upon the Plaintiff by first class mail, addressed to:

Frank Barbaro, 48264-053
FMC Devens
PO Box 879
Ayer, MA 01432

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney