UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>UNITED STATES OF AMERICA, )<br>DR. BHATTI, MLP KILDUFF and )<br>UNIT MGR MRS FERNANDEZ )<br>    Defendants. ) | CIVIL ACTION NO:<br>05-40097-MLW |

### UNITED STATES' MOTION FOR A SIXTY DAY EXTENSION TO NOVEMBER 7, 2006 TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for an extension of time to November 7, 2006, to respond to the Plaintiff's Complaint and Partial Motion for Summary Judgment. The United States has been granted one prior extension of thirty days, one of seven days and one of three days to September 8, 2006.

By way of background, the Plaintiff, Frank Barbaro, is an inmate committed to the custody of the Federal Bureau of Prisons at FMC-Devens. He alleges violations of the Federal Tort Claims Act (against the United States) and his constitutional rights, under the theory espoused in <u>Bivens v. Six Unkown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (against the individually named defendants), arising from his claim that he has received deficient and/or negligent medical care.

Service of this Complaint was effected upon the United States on or about June 4, 2006, however, Plaintiff encountered difficulties serving the individuals defendants. As noted by Barbaro in several filings alleging government misconduct, the U.S. Marshal's Office attempted to effect service upon the individuals by mailing copies of the Complaint to FMC-Devens. None

of the individual defendants are employed at FMC-Devens, however, and FMC-Devens staff reported such to the U.S. Marshal's Office.

Within a week of that event, upon being informed, undersigned counsel contacted the Deputy Marshal assigned to completing service and offered to seek leave of this Court to make disclosure of the individuals home addresses on behalf of the Bureau of Prisons (in accord with the Privacy Act) or otherwise attempt to arrange for some form of proxy service. There has been no response, nor has there been any request from the U.S. Marshal's Office to the Bureau of Prisons for this information.

That being the case, the United States consulted with the individual defendants and they agreed to allow BOP counsel, Patrick Ward, to waive service on their behalf. Those waiver of service forms were filed today, September 7, 2006. The individual defendants have requested representation by the United States Attorney's Office and those requests are being reviewed by the Department of Justice.

It would serve the interests of judicial economy for the federal defendants to provide one answer, dispositive motion or other response to this Complaint, rather than to have the defendants each responding piecemeal. The requested extension reflects the date upon which an answer will be due from the individual defendants. Such time would also allow time for the representation requests to be approved by the Department of Justice.

Accordingly, the United States respectfully requests that this Court allow a sixty day extension to November 7, 2006, to respond to the Plaintiff's Complaint.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U.S. Attorney<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |
| Dated: September 7, 2006 | (617) 748-3136 |

**Certificate of Compliance**

The United States takes the position that Local Rule 7.1 requires "counsel" to confer. As such, the rule is inapposite. Alternatively, the United States requests leave to file the instant motion without such a conference because the Plaintiff is an inmate committed to the custody of the Federal Bureau of Prisons.

/s/ Mark J. Grady
Mark J. Grady

**Certificate of Service**

I hereby certify that on this 7th day of September 2006, I caused a copy of the foregoing Motion and Memorandum to be served upon the Plaintiff by first class mail, addressed to: Frank Barbaro, 48264-053, FMC Devens, PO Box 879, Ayer, MA 01432

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney