UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO           )<br>         Plaintiff,       )<br>                             )<br>v.                           )<br>                             )<br>                             )<br>                             )<br>UNITED STATES OF AMERICA,  )<br>DR. BHATTI, MLF KILDUFF and )<br>UNIT MGR MRS. FERNANDEZ    )<br>         Defendants.      ) | CIVIL ACTION NO:<br>05-40097-MLW |

**ANSWER OF THE DEFENDANTS UNITED STATES OF AMERICA, DR. BHATTI, MLF KILDUFF and UNIT MGR FERNANDEZ AND DEMAND FOR TRIAL BY JURY ON BEHALF OF THE INDIVIDUAL DEFENDANTS**

1.   Paragraph 1 is introductory or asserts the basis for this Court's jurisdiction, requiring no response by the defendants. To the extent that paragraph 1 is deemed to contain statement of the facts, defendants herein deny such allegations.

2.   The plaintiff did pursue administrative claims under the Federal Tort Claims Act against the United States that were assigned the administrative claim numbers alleged by the plaintiff and those claims were denied on the dates alleged.

3.   The defendant United States of America admits that the plaintiff has named it as a defendant in the case. The defendants admit that the plaintiff has named three prison officials as defendants. The United States does not contest that the plaintiff has made three administrative claims that were denied as specified in paragraph 2. The defendants deny the balance of the allegations.

4.   The plaintiff has filed numerous administrative claims under the Bureau of Prisons Administrative Claim System. The defendants deny that the Plaintiff has properly exhausted all of these claims.

5.   To the extent that the paragraph contains a statement of jurisdiction, it states an assertion or conclusion of law to which no response is required. The defendant, the United States, denies allegations of negligence. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to Plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the balance of the allegations.

6. To the extent that the paragraph contains a statement of jurisdiction or appropriate venue, it states an assertion or conclusion of law to which no response is required. The defendants do not dispute that the plaintiff is an inmate committed to the custody of the Bureau of Prisons. The defendants deny the balance of the allegations.

7. The defendants do not dispute that the plaintiff is an inmate committed to the custody of the Bureau of Prisons.

8. The defendants deny the allegations in paragraph 8.

9. The defendants admit that the plaintiff has named the United States and three prison officials in this case. The defendants deny the balance of the allegations.

10. The defendants deny the allegations in paragraph 10.

11. The defendants deny the allegations in paragraph 11.

12. The Complaint speaks for itself as to the content of its allegations. The defendants deny the balance of the allegations.

13. The defendants deny the allegations in paragraph 13.

14. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 14.

15. The Complaint speaks for itself as to the content of its allegations. The medical records of the plaintiff speak for themselves. The defendants deny the balance of the allegations in paragraph 15.

16. The content of any Motion is not the proper subject of a factual allegation. To the extent that the Plaintiff files motions, those motions speak for themselves as to their content. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 16.

17. The medical records of the plaintiff speak for themselves. It is undisputed that treating physicians at FM-Devens reviewed the plaintiff's medical records. The defendants deny the balance of the allegations in paragraph 17.

18. The defendants deny the allegations in paragraph 18.

19. The defendants deny the allegations in paragraph 19.

20. The defendants deny the allegations in paragraph 20.

21. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 21.

22. The defendants deny the allegations in paragraph 22.

23. The defendants are without sufficient information to admit or deny the allegations of paragraph 23, and consequently deny them.

24. The defendants admit that the plaintiff arrived at FMC Devens Prison on December 30, 2003. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 24.

25. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 25.

26. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 26.

27. The defendants deny the allegations in paragraph 27.

28. The defendants deny the allegations in paragraph 28.

29. The defendants admit that the plaintiff arrived at FMC Devens prison on December 30, 2003. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 29.

30. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 30.

31. The defendants deny the allegations in paragraph 31.

32. The defendants deny the allegations in paragraph 32.

33. The medical records of the plaintiff speak for themselves as to their content. The defendants deny the balance of the allegations in paragraph 33.

34. The defendants deny the allegations in paragraph 34.

35. The defendants deny the allegations in paragraph 35.

36. The administrative remedy form #328787-F1 speaks for itself as to its content. The defendants deny the balance of the allegations in paragraph 36.

37. The defendants deny the allegations in paragraph 37.

38. The administrative remedy form #328787-F1 speaks for itself as to its content. The defendants deny the balance of the allegations in paragraph 38.

39. The defendants deny the allegations in paragraph 39.

40. Warden Winn's Response speaks for itself as to its content. The defendants deny the balance of the allegations in paragraph 40.

41. The defendants admit that the plaintiff appealed the complaint identified in this paragraph to the general counsel level. The administrative claim speaks for itself as to its content. The defendants deny the balance of the allegations of paragraph 41.

42. The defendants deny the allegations in paragraph 42.

43. The defendants admit that the plaintiff appealed the complaint to the general counsel level. The administrative claim speaks for itself as to its content. The defendants deny the balance of the allegations of paragraph 43.

44. The defendants admit that the plaintiff appealed the complaint to the general counsel level. The administrative claim speaks for itself as to its content. The defendants deny the balance of the allegations of paragraph 44.

45. The medical records of the plaintiff speak for themselves as to their content and accurately reflect treatment provided to plaintiff. The defendants deny the balance of paragraph 45.

46. The defendants deny the allegations in paragraph 46.

47. The defendants deny the allegations in paragraph 47.

48. The defendants deny the allegations in paragraph 48.

49. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 49.

50. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 50.

51. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 51.

52. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 52.

53. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 53.

54. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 54.

55. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 55.

56. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 56.

57. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 57.

58. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 58.

59. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those

        claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 59.

60. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 60.

61. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 61.

62. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 62.

63. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 63.

64. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 64.

65. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 65.

66. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 66.

67. The defendants, the United States and Victoria Fernandez, have submitted a Motion to

      Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 67.

68. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 68.

69. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 69.

70. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 70.

71. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 71.

72. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 72.

73. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 73.

74. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 74.

75. Admitted.

76. To the extent the paragraph states a conclusion of law with respect to whether the claim was timely, no response is required. The defendants do not contest timely filing.

77. The claim was denied on May 12, 2005.

78. The administrative claim speaks for itself as to its content. To the extent that the paragraph alleges that the claim contained language unsupported by the document, the defendants deny the allegations of this paragraph.

79. The administrative claim speaks for itself as to its content. The defendants deny the balance of the allegations of this paragraph.

80. The defendants deny the allegations in paragraph 80.

81. The defendants deny the allegations in paragraph 81.

82. The defendants deny the allegations in paragraph 82.

83. The defendants deny the allegations in paragraph 83.

84. The defendants deny the allegations in paragraph 84.

85. The defendants deny the allegations in paragraph 85.

86. The medical records of the plaintiff speak for themselves as to their content and accurately reflect treatment provided to plaintiff. The defendants deny the balance of paragraph 86.

87. The medical records of the plaintiff speak for themselves as to their content and accurately reflect treatment provided to plaintiff. The defendants deny the balance of paragraph 87.

88. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 88.

89. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 89.

90. The administrative claim speaks for itself as to its content. The defendants deny the balance of the allegations of this paragraph.

91. The defendants deny the allegations in paragraph 91.

92. The defendants deny the allegations in paragraph 92.

93. The defendants deny the allegations in paragraph 93.

94. The defendants deny the allegations in paragraph 94.

95. The defendants deny the allegations in paragraph 95.

96. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 96.

97. The defendants deny the allegations in paragraph 97.

98. The defendants, the United States and Victoria Fernandez, have submitted a Motion to Dismiss claims with respect to plaintiff's allegations of denial of access to the Bureau of Prisons Administrative Remedy Process and, to the extent allegations address those claims, any response will be made in accord with the Federal Rules of Civil Procedure should that motion be denied. The defendants deny the allegations in paragraph 98.

99. The defendants deny the allegations in paragraph 99.

100. The defendants deny the allegations in paragraph 100.

All allegations not specifically admitted in paragraphs 1-100 are hereby denied.

### **CLAIMS FOR RELIEF**

The defendants deny that the Plaintiff is entitled to any relief.

### **DEMAND FOR JURY TRIAL**

The individual defendant hereby demand a trial by jury as to all claims against them.

## **AFFIRMATIVE DEFENSES**

### **First Defense**

The Complaint fails to state a claim for which relief can be granted.

### **Second Defense**

Plaintiff's claim is barred by the applicable statute of limitations.

### **Third Defense**

Plaintiff's conduct was the sole proximate cause of the injuries and damages alleged.

### **Fourth Defense**

The actions complained of were undertaken by independent contractors, for whose conduct the United States has no liability.

### **Fifth Defense**

Plaintiff's damages, if any, were due in whole or in part to the conduct of others, known or unknown, over whom the United States exercised no control.

### **Sixth Defense**

Plaintiff's damages, if any, were due in whole or in part to the conduct of Plaintiff, and any award should be decreased to account for his comparative negligence.

### **Seventh Defense**

The plaintiff has failed to exhaust his administrative remedies as required by federal law.

**Eighth Defense**

The defendants are entitled to qualified immunity.

                           Respectfully submitted by the defendants,
                           by their attorney,
                           MICHAEL J. SULLIVAN
                           United States Attorney

By:   /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100

**Certificate of Service**

     I hereby certify that on this 16th day of November 2006, I caused a copy of the foregoing Answer was served upon the Plaintiff by first class mail, addressed to: Frank Barbaro, 48264-053, FMC Devens, PO Box 879, Ayer, MA 01432.

                           /s/ Mark J. Grady
                           Mark J. Grady
                           Assistant U.S. Attorney