UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRANK BARBARO**
        **Plaintiff**

**V.**

**CIVIL ACTION
NO. 05-40097-MLW**

**UNITED STATES OF AMERICA, ON BEHALF
OF THE FEDERAL BUREAU OF PRISONS, ET AL**
        **Defendant**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's ORDER dated December 6, 2006, in the above-referenced action, dismissing this action, it is hereby ORDERED:

**Judgment of dismissal for the defendants, without prejudice only as to the plaintiff's claim of denial of access to the administrative process, all other claims are dismissed with prejudice.**

                                        By the Court,

**December 6, 2006**                   **/s/ Dennis O'Leary**
        **Date**                              **Deputy Clerk**

(judge-dis.wpd - 12/98)                                          [jgm.]