FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA 01432
PROSE PLAINTIFF

FILED
CLERKS OFFICE

2006 DEC 26 P 2:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BARBARO,                              :
PROSE PLAINTIFF                             : C. A. NO.: 05-40097 (MLW)
                                            :
vs                                          : HONORABLE MARK L. WOLF
                                            : US DISTRICT COURT CHIEF JUDGE
                                            :
UNITED STATES OF AMERICA ON BEHALF          :
OF FEDERAL BUREAU OF PRISONS FMC            : MOTION UNDER FED.R.CIV.P. 60(b)
DEVENS WITH INDIVIDUALLY NAMED BIVENS       : TO RE-INSTATE THE ACTION THAT
DEFENDANTS: DR BHATTI, PA KILDUFF, AND      : WAS DISMISSED IN ERROR ON 12/6/06
UNIT MGR MRS. FERNANDEZ,                    :
                                            :
DEFENDANTS                                  :
                                            :

MOTION BY PROSE PRISONER PLAINTIFF UNDER FED.R.CIV.P. 60(b) TO RE-CONSIDER

AND RE-INSTATE THE INSTANT ACTION WHEREIN, THE DISTRICT COURT DISMISSED THE

INSTANT ACTION ON 12/6/06 BY **MISTAKE & INADVERTENCE** WHEREBY THE HONORABLE

COURT DID NOT PROVIDE THE PLAINTIFF WITH CREDIT FOR SIXTY (60) OF THE

MANDATORY TOTALLY EXHAUSTED THREE (3) LEVELS OF PRISON REMEDIES THAT THE

PLAINTIFF DID COMPLETE AT EACH & EVERY LEVEL OF EXHAUSTION INCLUDING THE

WARDEN'S LEVEL, REGIONAL DIRECTOR LEVEL & BOP CENTRAL OFFICE LEVEL IN

ADDITION TO THE PLAINTIFF'S TOTAL EXHAUSTION OF HIS FEDERAL TORT CLAIMS ACT

ALLEGATIONS

CONSOLIDATED MOTION, MEMORANDUM & ARGUMENT WITH DECLARATION UNDER THE FED.R.CIV.P. 60(b) WHEREBY THE DISTRICT COURT MUST REVERSE & RE-INSTATE THE INSTANT ACTION THAT WAS DISMISSED IN ERROR ON 12/6/06 WHEREIN, THE PLAINTIFF DID EXHAUST ALL OF THE MULTI-LEVELS OF PRISON EXHAUSTION OF REMEDIES IN ADDITION TO HIS TOTALLY EXHAUSTED FEDERAL TORT CLAIMS ALLEGATIONS

## DECLARATION & AFFIRMATION

Frank Barbaro Prose Prisoner Plaintiff hereinafter, **Plaintiff**, declares and affirms under penalty of perjury that the Instant Filing is true.

THE PLAINTIFF DID COMPLY WITH THE TOTAL EXHAUSTION OF ALL PRISON REMEDIES UNDER EACH OF THE MULTI-LEVELS THAT IS MANDATORY TO GAIN JURISDICTION PURSUANT TO WOODFORD v NGO, 165 LEd2d 368 (2006), PORTER v NUSSLE, 534 US 516 (2002) & BOOTH v CHURNER, 532 US 732 (2001) WHEREBY THE COURT'S 12/6/06 DISMISSAL OF THE INSTANT ACTION MUST BE REVERSED

1. Respectfully, on 12/6/06 the Honorable Court, by Chief Judge Wolf, filed their Judgment stating that the Plaintiff's Claims are all Dismissed with Prejudice, other than the Plaintiff's Clams for Access to the BOP Administrative Remedy Process that was Dismissed without Prejudice on 12/6/06.

2. Respectfully, the Plaintiff submits that the Instant Motion under Fed.R.Civ.P. 60(b) discerns mistakes that must Reverse the Honorable Court's 12/6/06 Dismissal of all of the Plaintiff's Claims with Prejudice.

3. Respectfully, the Plaintiff submits that the Pending Instant Complaint in paragraph #'s 1, 2, 3, 4, 5, 6, 13, 14, 46 & 47 sets forth the Totally Exhausted to the end-point of the 3 multi-level Prison Remedy requirements pursuant to Woodford v Ngo, 165 LEd2d 368 (2006), Porter v Nussle, 534 US 516 (2002) & Booth v Churner, 532 US 732 (2001).

4. Respectfully, the Plaintiff submits that in Exhibit #'s 1, 6, 7, 8, 9 & 10 attached to the Plaintiff's Instant Complaint are copies of his multi

-1-

level Proper Total Exhaustion to end-point of prison remedies at the Warden's Level, Region Level & BOP General Counsel end-point exhaustion remedy Level.

### GRAVE INJUSTICE BY MISTAKE & ERROR IN DISMISSING THE INSTANT ACTION WITH PREJUDICE ON 12/6/06

5. Respectfully, the Plaintiff submits that the Honorable Court must Reverse the 12/6/06 Judgment that Dismissed all of the Plaintiff's Claims with Prejudice except for the Court's Incorrect Determination that the Plaintiff's Access to the Administrative Remedy Process must be Dismissed without Prejudice wherein, this Honorable Court did err in misunderstanding that the Plaintiff had completed over Sixty (60) of his multi-level proper end-point total exhaustion of prison remedies whereby the foregoing Proper Exhaustion of Remedies is not disputed by the Defendant.

6. Respectfully, the Plaintiff submits that the Court did Err in the Review of the Pending Action by not considering that the Plaintiff's Motion for Summary Judgment based on the Defendant's Denial of Access to the Prison Remedy Process only addressed a small portion of the Plaintiff's Proper Total Exhaustion of all multi-level prison remedies.

### THE PLAINTIFF DID COMPLY WITH THE MANDATORY UNDERTAKING TO GAIN FEDERAL COURT JURISDICTION BY HIS CONTINUOUS PROPER TOTAL END-POINT MULTI LEVEL EXHAUSTION OF PRISON ADMINISTRATIVE REMEDIES

7. Respectfully, the Plaintiff submits that a Grave Injustice did take place on 12/6/06 wherein, the Honorable Court's Errors caused the lack of Judicial Review regarding the Plaintiff's Proper Total End-Point Exhaustion of every mandatory level to gain Federal Court Jurisdiction for each allegation in the Instant Pending Complaint.

## CONCLUSION

The Plaintiff respectfully requests the Honorable Court to Reverse the 12/6/06 Judgment that was issued in error wherein, the Plaintiff did Comply with each element of each allegation in the Pending Complaint whereby the Plaintiff did accomplish Proper Total Exhaustion for the foregoing allegations pursuant to the Federal Tort Claims Act (FTCA) with the prison multi level exhaustion of remedies.

Respectfully Submitted,

Dated: 12/21/06   By: _____
                      Frank Barbaro
                      Prose Plaintiff

BARBARO v UNITED STATES, ET AL
C.A. NO.: 05-40097 (MLW)

PROOF OF SERVICE

Frank Barbaro Prose Plaintiff declares and affirms under penalty of perjury that the attached Prose Plaintiff's <u>Motion under Fed.R.Civ.P. 60(b) to Re-Consider & Re-Instate the Instant Action</u> was Served on the Defendant's Counsel by Regular US Mail with the use of the FMC Devens Prison Legal Mail System on 12/21/06 as set forth below:

SERVED ON:

Defendant's Counsel

AUSA Mark J. Grady
US Attorney's Office
One Courthouse Way, ste 9200
Boston, MA 02210

Dated: 12/21/06    By: _____
                           Frank Barbaro
                        Prison ID# 48264-053
                    FMC Devens Prison, Box 879
                          Ayer, MA 01432
                          <u>Prose Plaintiff</u>