```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

FRANK BARBARO                     )
    Plaintiff,                    )
                                  )
        v.                        )   C.A. No. 05-40097-MLW
                                  )
UNITED STATES OF AMERICA, ON      )
BEHALF OF THE FEDERAL BUREAU OF   )
PRISONS, ET AL.,                  )
    Defendants.                   )
```

ORDER

WOLF, D.J.                                            January 10, 2007

Pro se plaintiff, Frank Barbaro ("Barbaro"), is an inmate committed to the custody of the Federal Bureau of Prisons ("BOP") at FMC-Devens. Barbaro has filed a motion and a supplement to that motion asking that this court order BOP officials to open correspondence from this court only in his presence. This request is being denied.

The BOP is authorized to open outside the presence of a prisoner any mail that is not marked as special mail. See 28 C.F.R. §540.2 ("For incoming correspondence to be processed under the special mail procedures...the sender must be adequately identified on the envelope, and the front of the envelope must be marked "Special Mail--Open only in the presence of the inmate"); 28 C.F.R. §540.18(b) ("In the absence of either adequate identification or the "special mail" marking...appearing on the envelope, staff may treat the mail as general correspondence and may open, inspect, and read the mail."). As correspondence between