FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA 01432
PROSE PLAINTIFF

FILED
CLERKS OFFICE

2007 FEB 16  A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO, | : |
| PROSE PLAINTIFF | : C.A. NO.: 05-40097-MLW |
| | : |
| vs | : THE HONORABLE MARK L. WOLF, |
| | : CHIEF JUDGE |
| | : UNITED STATES DISTRICT COURT |
| UNITED STATES OF AMERICA, | : |
| DR BHATTI, MLP KILDUFF and | : MOTION BY PROSE PLAINTIFF FOR A 30 DAY |
| UNIT MGR MRS. FERNANDEZ, | : EXTENSION OF TIME TO FILE OPPOSITION TO |
| DEFENDANTS | : DEFENDANT'S MOTION TO QUASH & REQUEST |
| | : FOR PLAINTIFF'S DISCOVERY TO BE CONDUCTED |
| | : ONLY WITH THE COURT'S PERMISSION |

<u>MOTION BY THEPROSE PLAINTIFF REQUESTING THE HONORABLE COURT TO GRANT A</u>

<u>30 DAY ENLARGEMENT OF TIME ALLOWING THE PLAINTIFF TO FILE HIS OPPOSITION</u>

<u>TO THE DEFENDANT'S PENDING MOTION TO QUASH AND REQUEST THAT ANY FURTHER</u>

<u>DISCOVERY IN THIS MATTER BY THE PLAINTIFF BE CONDUCTED ONLY WITH COURT</u>

<u>PERMISSION</u>

**CONSOLIDATED MOTION, DECLARATION & ARGUMENT REQUESTING THE HONORABLE COURT'S 30 DAY EXTENSION OF TIME TO ALLOW THE PLAINTIFF TO FILE HIS OPPOSITION IN THE DEFENDANT'S PENDING MOTION TO QUASH & REQUEST THAT ANY FURTHER DISCOVERY IN THIS MATTER BY THE PLAINTIFF BE CONDUCTED ONLY WITH COURT PERMISSION**

### DECLARATION & AFFIRMATION

Frank Barbaro Prose Prisoner Plaintiff hereinafter, **Plaintiff**, declares & affirms under penalty of perjury that the Instant Filing is true.

1. Respectfully, the Honorable Court, Defendants, and Plaintiff are familiar with the ongoing proceedings wherein, the Plaintiff is simply requesting a 30 day Extension of Time to file his Opposition to the Defendant's Pending Motion to Quash & Request that any further Discovery in this matter by the Plaintiff be conducted only with Court Permission.

2. Respectfully, the Plaintiff submits that AUSA Grady would consent to the Instant Request for a 30 day Extension of Time whereby the Defendants face no prejudice by the Honorable Court's Granting the Plaintiff the foregoing 30 day Extension of Time.

### CONCLUSION

Respectfully, the Plaintiff is requesting that the Honorable Court Grant his Instant Motion for a 30 day extension of time to file his Opposition in the Defendant's Pending Motion to Quash & Request that any further Discovery in this matter by the Plaintiff be conducted only with Court Permission.

Respectfully Submitted,

Dated: 2/15/07   By: _____
                      Frank Barbaro
                      Prose Plaintiff