UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>ET AL.,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 05-40097-MLW<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                                August 24, 2007

    The court has considered Defendants' Motion to Quash and Request that Any Further Discovery in this Matter by the Plaintiff be Conducted Only with Court Permission (the "Motion") and pro se plaintiff Frank Barbaro's opposition to it. Essentially for the reasons stated by the government, the Motion is meritorious. In essence, the 235 interrogatories plaintiff has served are excessive, misdirected, and untimely. Therefore, the Motion is being allowed.

    It is evident that this case requires close judicial supervision. It is, therefore, being referred to the Magistrate Judge for all purposes if both of the parties consent or for pretrial purposes if they do not.

    Accordingly, it is hereby ORDERED that:

    1.    The Motion (Docket No. 57) is ALLOWED.

    2.    Plaintiff shall submit all proposed discovery requests to the Magistrate Judge, will decide whether any or all of them shall be served.

3. The parties shall, by September 31, 2007, report whether they agree to the transfer of this case to the Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(C)(1) and (3).

4. If the parties do not so consent, this case is transferred to the Magistrate Judge for pretrial purposes, including any necessary reports and recommendations on dispositive motions, pursuant to 28 U.S.C. §636(b)(1)(B).

UNITED STATES DISTRICT JUDGE