FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS, BOX 879
AYER, MA 01432
<u>PRO-SE PLAINTIFF</u>

FILED
IN CLERKS OFFICE

2007 SEP 12  P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BARBARO,                )
PRO-SE PLAINTIFF              )   C.A. NO.: 05-40097-MLW
                              )
                              )   HON. MARK L. WOLF,
                              )   US DISTRICT COURT CHIEF JUDGE
vs.                           )
                              )
                              )
UNITED STATES OF AMERICA, ET AL, )
DEFENDANTS                    )

<u>MOTION BY THE PRO-SE PLAINTIFF CONSENTING</u>

<u>TO THE TRANSFER OF THE INSTANT CASE</u>

<u>TO A MAGISTRATE JUDGE FOR PRETRIAL PURPOSES</u>

CONSOLIDATED MOTION & DECLARATION WHEREIN, THE PRO-SE PLAINTIFF CONSENTS TO THE HONORABLE CHIEF JUDGE WOLF'S AUGUST 24, 2007 ORDER IN AGREEMENT WITH THE TRANSFER OF THIS CASE TO THE MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO 28 USC §636(C)(1) AND (3)

### DECLARATION & AFFIRMATION

Frank Barbaro Pro-Se Plaintiff hereinafter, **Plaintiff**, declares and affirms under penalty of perjury that the Instant Filing is true.

### PRO-SE PLAINTIFF CONSENT TO THE TRANSFER OF THE INSTANT CASE TO A MAGISTRATE JUDGE FOR PRE-TRIAL PURPOSES

1.  The Pro-Se Plaintiff submits that he agrees to the Honorable Chief Judge Wolf's August 24, 2007 Order that transfers this case to the Magistrate Judge for all purposes pursuant to 28 USC §636(C)(1) and (3).

2.  The Pro-Se Plaintiff submits that he will require the Honorable Court to inform him of the <u>name</u> of the assigned Magistrate Judge in order to address the Court.

### CONCLUSION

Based on all the Papers filed in the Instant Action, the Pro-Se Plaintiff respectfully requests the Honorable Court to note his agreement and consent to the Honorable Chief Judge Wolf's August 24, 2007 Order transferring this case to the Magistrate Judge for all Pre-Trial purposes pursuant to 28 USC §636(C)(1) & (3). And, the Pro-Se Plaintiff will require the Honorable Court to inform him of the name of the Magistrate Judge that will be assigned to this case.

Respectfully Submitted,

Dated: 9/7/07   By: _____
Frank Barbaro
Pro-Se Plaintiff