UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DR. BHATTI, MLP KILDUFF and<br>UNIT MGR MRS FERNANDEZ<br>      Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  05-40097-MLW<br>)<br>)<br>)<br>) |

## RESPONSE TO THIS COURT'S ORDER REGARDING REFERRAL TO A MAGISTRATE

The United States, and the individual defendants, do not at this time consent to trial by magistrate for all purposes at this time.

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                                United States Attorney

                By:    /s/ Mark J. Grady
                        Mark J. Grady
                        Assistant U.S. Attorney
                        One Courthouse Way, Suite 9200
                        Boston, MA 02210
Dated: September 28, 2007      (617) 748-3136

### Certificate of Service

I hereby certify that on this 28th day of September 2007, I caused a copy of the foregoing to be served upon the Plaintiff by first class mail, addressed to: Frank Barbaro, 48264-053, FMC Devens, PO Box 879, Ayer, MA 01432

                                /s/ Mark J. Grady
                                Mark J. Grady
                                Assistant U.S. Attorney