FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA   01432
PRO-SE PLAINTIFF



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO, <br> PRO-SE PLAINTIFF <br><br> vs. <br><br> UNITED STATES OF AMERICA ON BEHALF OF THE FEDERAL BUREAU OF PRISON, FMC DEVENS, AND INDIVIDUALLY NAMED DEFENDANTS: DR. BHATTI, PA KILDUFF, AND MRS. FERNANDEZ, <br> DEFENDANTS | DOCKET NO.: 05-CV-40097-MLW <br><br> HON. MARK L. WOLF, <br> CHIEF JUDGE, US DISTRICT COURT <br><br> **MOTION TO CONSOLIDATE ACTIONS** |

MOTION BY THE PRO-SE PLAINTIFF TO CONSOLIDATE THE PENDING CIVIL ACTION BEFORE THIS HONORABLE COURT WITH A PENDING ACTION IN THE SOUTHERN DISTRICT OF NEW YORK BEFORE JUDGE COTE, CIVIL ACTION NO.: 05-CV-6998 (DLC) WHEREIN, THE TWO ACTIONS SHARE QUESTIONS OF COMMON FACT & LAW, COMMON EVIDENCE, AND COMMON DEFENDANTS

CONSOLIDATED MOTION, DECLARATION & ARGUMENT BY THE PRO-SE PRISONER PLAINTIFF PURSUANT TO FED.R.CIV.P. 42(a) TO CONSOLIDATE THE PENDING CIVIL ACTION BEFORE THIS HONORABLE COURT WITH A PENDING CIVIL ACTION IN THE SOUTHERN DISTRICT OF NEW YORK BEFORE JUDGE COTE, CIVIL ACTION NO.: 05-CV-6998(DLC)

### DECLARATION & AFFIRMATION

Frank Barbaro Pro-Se Prisoner Plaintiff hereinafter, **Plaintiff**, declares and affirms under penalty of perjury that the Instant Filing is true.

1.  Respectfully, the Plaintiff submits that the Federal Rules of Civil Procedure Rule 42(a) empowers this Honorable Court to Order a Joint Trial on any & all matters at issue in the above referenced two Actions.

> **RULE 42**
>
> **(a) Consolidation.** When actions involving a common question of law or fact are pending before the Court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as mat tend to avoid unnecessary costs or delay.

2.  Respectfully, the Plaintiff submits that Rule 42(a) permits consolidation as a matter of convenience and the economy of administration. Johnson v Manhattan R.Co., 77 LEd 1331 (1933).

3.  Respectfully, Rule 42(a) discerns whether actions should be consolidated depends essentially on whether common fact & law issues indicate that there would be sufficient saving of time and effort on part of the Court and Parties to warrant joint trial. Stein, Hall & Co. v Scindia Steam Navigation Co., (1967 SDNY) 264 F.Supp 499, 10 FR Serv 2d 1128.

CONCLUSION

The Pro-Se Plaintiff respectfully requests the Honorable Court Grant the Consolidation of both Actions in the Southern District of New York where the Defendant's Negligence commenced pursuant to Fed.R.Civ.P. 42(a). Wherefore, the substantial common fact & law along with the underlying common circumstances indicate that there would be sufficient saving of time and effort on part of the Court and Parties to warrant Joint Trial.

Respectfully Submitted,

Dated: 11/1/07   By:  *Frank Barbaro* (signature)

Frank Barbaro
Pro-Se Plaintiff