FRANK BARBARO
PRISON ID# 48264-053
FMC DEVENS PRISON, BOX 879
AYER, MA   01432
PRO-SE PLAINTIFF

FILED
IN CLERKS OFFICE

2007 DEC 18  P 12: 08

DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK BARBARO,<br>PRO-SE PLAINTIFF<br><br>vs.<br><br>UNITED STATES OF AMERICA ON BEHALF<br>OF THE FEDERAL BUREAU OF PRISON,<br>FMC DEVENS, AND INDIVIDUALLY NAMED<br>DEFENDANTS: DR. BHATTI, PA KILDUFF,<br>AND MRS. FERNANDEZ,<br>DEFENDANTS | DOCKET NO.: 05-CV-40097-MLW<br><br>HON. MARK L. WOLF,<br>CHIEF JUDGE, US DISTRICT COURT<br><br>**MOTION TO CONSOLIDATE ACTIONS** |

MOTION BY THE PRO-SE PLAINTIFF TO CONSOLIDATE THE PENDING CIVIL ACTION BEFORE THIS HONORABLE COURT WITH A PENDING ACTION IN THE SOUTHERN DISTRICT OF NEW YORK BEFORE JUDGE COTE, CIVIL ACTION NO.: 05-CV-6998 (DLC) WHEREIN, THE TWO ACTIONS SHARE QUESTIONS OF COMMON FACT & LAW, COMMON EVIDENCE, AND COMMON DEFENDANTS

CONSOLIDATED MOTION, DECLARATION & ARGUMENT BY THE PRO-SE PRISONER PLAINTIFF PURSUANT TO FED.R.CIV.P. 42(a) TO CONSOLIDATE THE PENDING CIVIL ACTION BEFORE THIS HONORABLE COURT WITH A PENDING CIVIL ACTION IN THE SOUTHERN DISTRICT OF NEW YORK BEFORE JUDGE COTE, CIVIL ACTION NO.: 05-CV-6998(DLC)

## DECLARATION & AFFIRMATION

Frank Barbaro Pro-Se Prisoner Plaintiff hereinafter, **Plaintiff**, declares and affirms under penalty of perjury that the Instant Filing is true.

1. Respectfully, the Plaintiff submits that the Federal Rules of Civil Procedure Rule 42(a) empowers this Honorable Court to Order a Joint Trial on any & all matters at issue in the above referenced two Actions.

   **RULE 42**

   (a) **Consolidation.** When actions involving a common question of law or fact are pending before the Court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as mat tend to avoid unnecessary costs or delay.

2. Respectfully, the Plaintiff submits that Rule 42(a) permits consolidation as a matter of convenience and the economy of administration. Johnson v Manhattan R.Co., 77 LEd 1331 (1933).

3. Respectfully, Rule 42(a) discerns whether actions should be consolidated depends essentially on whether common fact & law issues indicate that there would be sufficient saving of time and effort on part of the Court and Parties to warrant joint trial. Stein, Hall & Co. v Scindia Steam Navigation Co., (1967 SDNY) 264 F.Supp 499, 10 FR Serv 2d 1128.

4.   Respectfully, the Plaintiff submits that the two above referenced Actions have Questions of common fact & law. The gravamen of these two Actions is the failure by the Federal Bureau of Prisons to provide the medically required and necessary care for the Plaintiff's <u>known</u> medical injuries to his neck, back, and shoulder. The Plaintiff was deprived the community standard of care for his foregoing injuries by the Federal Bureau of Prisons Officials at FCI Otisville Priosn and FMC Devens Prison. The issues arise from the same set of circumstances, and any legal issues would also be the same.

5.   Respectfully, the Plaintiff submits that there clearly would be <u>Judicial Economy</u> by consolidating both Actions in the Southern District of New York wherein, the Defendant's Negligence commenced.

6.   Respectfully, the Plaintiff submits that in both Actions the Plaintiff. Defendant, and underlying facts & legal issues are the same except for three prison officials in the Massachusetts Action thereby making consolidation appropriate.

7.   Respectfully, for the Court's convenience. the Plaintiff is herein attaching a copy of his Amended Complaint in the New York Action. Therein, the Court will see the common fact & law arising from the same circumstances, and the shared evidence between the two Actions. See SDNY Amended Complaint, attached hereto.

BARBARO v UNITED STATES, ET AL
C.A. NO.: 05-40097 (MLW)

PROOF OF SERVICE

Frank Barbaro Pro-Se Plaintiff declares and affirms, under penalty of perjury, that the attached Motion for Consolidation of Actions into the Southern District of New York was Served on the Defendant's Counsel by Regular US Mail with the use of the FMC Devens Prison Legal Mail System as set forth below:

SERVED ON:

Defendant's Counsel

AUSA Mark Grady
US Attorney's Office
1 Courthouse Way, suite 9200
Boston, MA 02210

Dated: 12/13/07    By: _____
Frank Barbaro
Prison ID# 48264-053
FMC Devens, Box 879
Ayer, MA 01432