Frank Barbaro
11 David Avenue
Hicksville, N.Y. 11801
<u>Plaintiff</u>

Clerk's Office
US Dist. Court
1 Courthouse Way, Ste 2300
Boston, MA 02110

Re: Barbaro v. USA  CA # 05-40097-MLW

Dear Clerk,

This letter is notice to the Pro-Se Plaintiff's, Frank Barbaro, address change. The Court's records should now show the Pro-Se Plaintiff's address as follows; and forward all mail to new address:

Frank Barbaro
11 David Ave
Hicksville, N.Y. 11801

The Pro-Se Plaintiff, Frank Barbaro, declares and affirms under penalty of perjury, that he has also notified the Defendant's counsel, AUSA Mark Grady, of the foregoing address change.

Thank you.

Dated: 1/20/08    By: _____
                      Pro-Se Plaintiff